B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**District of New Jersey** | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bartholomew, Dexter C** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Bartholomew, Djenane** |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2163** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6068** |
| Street Address of Debtor (No. and Street, City, and State):<br>**23 Dora Lane**<br>**Holmdel, NJ**     ZIP Code **07733** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**23 Dora Lane**<br>**Holmdel, NJ**     ZIP Code **07733** |
| County of Residence or of the Principal Place of Business:<br>**Monmouth** | County of Residence or of the Principal Place of Business:<br>**Monmouth** |
| Mailing Address of Debtor (if different from street address):<br>    ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
| --- | --- | --- |
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
| --- | --- | --- |
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
| --- | --- |
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

B1 (Official Form 1)(04/13)

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Bartholomew, Dexter C**<br>**Bartholomew, Djenane** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br><b>X  /s/ Richard D. Trenk</b>       <b>July 17, 2015</b><br>Signature of Attorney for Debtor(s)     (Date)<br><b>Richard D. Trenk</b></td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bartholomew, Dexter C**<br>**Bartholomew, Djenane** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Dexter C Bartholomew**
Signature of Debtor **Dexter C Bartholomew**

**X** **/s/ Djenane Bartholomew**
Signature of Joint Debtor **Djenane Bartholomew**

Telephone Number (If not represented by attorney)

**July 17, 2015**
Date

### Signature of Attorney*

**X** **/s/ Richard D. Trenk**
Signature of Attorney for Debtor(s)

**Richard D. Trenk**
Printed Name of Attorney for Debtor(s)

**Trenk, DiPasquale, Della Fera & Sodono, P.C.**
Firm Name

**347 Mount Pleasant Avenue**
**Suite 300**
**West Orange, NJ 07052**

Address

**973-243-8600  Fax: 973-243-8677**
Telephone Number

**July 17, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of New Jersey

In re   Dexter C Bartholomew
      Djenane Bartholomew                                         Case No. _____

                                             Debtor(s)      Chapter    **11** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____
        **Dexter C Bartholomew**

Date:  **July 17, 2015**_____

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Dexter C Bartholomew
                       Dexter C Bartholomew

Date:   July 17, 2015

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### District of New Jersey

In re    Dexter C Bartholomew
       Djenane Bartholomew                                  Case No. _____

                                        Debtor(s)             Chapter    11

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Djenane Bartholomew
          Djenane Bartholomew

Date:   July 17, 2015

Certificate Number: 13791-NJ-CC-025821295



13791-NJ-CC-025821295

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 05, 2015</u>, at <u>1:01</u> o'clock <u>PM EDT</u>, <u>Djenane Bartholomew</u> received from <u>DebtorWise Foundation</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of New Jersey</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt prepayment plan was prepared, a copy of the debt prepayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>July 05, 2015</u>          By:   <u>/s/Luz Rivera</u>

                                         Name: <u>Luz Rivera</u>

                                         Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* U.S.C. §§ 109(h) and 521(b).

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re  Dexter C Bartholomew
       Djenane Bartholomew

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CertusBank, N.A. c/o Patricia K. Burgess, Esq. Frost Brown Todd LLC 250 W. Main Street, Suite 2800 Lexington, KY 40507 | CertusBank, N.A. c/o Patricia K. Burgess, Esq. Frost Brown Todd LLC Lexington, KY 40507 | Personal guaranty of Small Business Association loans with regard to Debtors' businesses. | Contingent Unliquidated Disputed | 4,225,000.00 |
| The Bank of Princeton c/o Ryan L. DiClemente, Esq. Saul Ewing LLP 650 College Road East, Suite 4000 Princeton, NJ 08540 | The Bank of Princeton c/o Ryan L. DiClemente, Esq. Saul Ewing LLP Princeton, NJ 08540 | Personal Guaranty on behalf of GC Egg Harbor NJ Inc. | Contingent Unliquidated Disputed | 2,700,000.00 |
| Jai Santoshi Realty, LLC 7 Miller Court Moorestown, NJ 08057 | Jai Santoshi Realty, LLC 7 Miller Court Moorestown, NJ 08057 | Personal guaranty under Secured Term Note between DB Dining Group, LLC and Jai Santoshi Realty, LLC. | Contingent Unliquidated Disputed | 1,500,000.00 |
| Marie Conde 126 Laredo Drive Morganville, NJ 07751 | Marie Conde 126 Laredo Drive Morganville, NJ 07751 | Purchase Money Note secured by mortgage on 204 Kings Way, London, KY; 100 Ikebaha Path, Georgetown, KY; 2020 South Highway 27, Somersets, KY and 110 R | Contingent Unliquidated Disputed | 1,500,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    Dexter C Bartholomew                       Case No. _____

Djenane Bartholomew

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Golden Resources, LLC<br>Attn: Bruce McIntosh<br>107A North Killarney Lane<br>Richmond, KY 40475 | Golden Resources, LLC<br>Attn: Bruce McIntosh<br>107A North Killarney Lane<br>Richmond, KY 40475 | Personal guaranty under promissory note and suretyship agreement on behalf of GC Lexington KY, Inc. | Contingent<br>Unliquidated<br>Disputed | 1,120,000.00 |
| Leon and Rita Altschuler<br>2258 Henderickson Street<br>Brooklyn, NY 11234 | Leon and Rita Altschuler<br>2258 Henderickson Street<br>Brooklyn, NY 11234 | Promissory Notes. | | 600,000.00 |
| State of New York<br>Civil Enforcement Division<br>Attn. Office of Counsel<br>Building 9, W.A. Harriman<br>Campus<br>Albany, NY 12227 | State of New York<br>Civil Enforcement Division<br>Attn. Office of Counsel<br>Albany, NY 12227 | Various tax debts on behalf o of defunct businesses owned by Debtors. Tax liens filed. | | 540,773.12 |
| BCB Bank<br>110 Avenue C<br>Bayonne, NJ 07002 | BCB Bank<br>110 Avenue C<br>Bayonne, NJ 07002 | Personal guarantees of Small Business Association loans taken through Small Business Association for operation of B&C Yo Brick NJ, Inc. and B&C Yo Bri | Contingent<br>Unliquidated<br>Disputed | 500,000.00 |
| Fortis Capital, LLC<br>45 Main Street<br>Brooklyn, NY 11201 | Fortis Capital, LLC<br>45 Main Street<br>Brooklyn, NY 11201 | Personal guaranty of note and mortgage on behalf of GC Egg Harbor NJ, Inc. | Contingent<br>Unliquidated<br>Disputed | 400,000.00 |
| FTG Holding Corp.<br>1143 East 92nd Street<br>Brooklyn, NY 11234 | FTG Holding Corp.<br>1143 East 92nd Street<br>Brooklyn, NY 11234 | Promissory Note. | | 350,000.00 |
| Povfen Partners<br>1111 Marcus Avenue, Suite 407<br>New Hyde Park, NY 11042 | Povfen Partners<br>1111 Marcus Avenue, Suite 407<br>New Hyde Park, NY 11042 | Commercial Promissoroy Note. | | 300,000.00 |
| Phoebe Layne<br>360 Shore Road<br>Apt 4E<br>Long Beach, NY 11561 | Phoebe Layne<br>360 Shore Road<br>Apt 4E<br>Long Beach, NY 11561 | Commercial Promissory Note. | | 230,000.00 |
| Michael Cannizzo<br>1043 Woodrow Road<br>Staten Island, NY 10312 | Michael Cannizzo<br>1043 Woodrow Road<br>Staten Island, NY 10312 | Promissory Note. | | 200,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re
**Dexter C Bartholomew**
**Djenane Bartholomew**

Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Joyce Seddio<br>2333 East 69th Street<br>Brooklyn, NY 11234 | Joyce Seddio<br>2333 East 69th Street<br>Brooklyn, NY 11234 | Commercial Promissory Note. | | 175,000.00 |
| M&T Bank<br>c/o Richard J. Biryla, Esq.<br>800 Rand Building<br>14 Lafayette Square<br>Buffalo, NY 14203 | M&T Bank<br>c/o Richard J. Biryla, Esq.<br>800 Rand Building<br>Buffalo, NY 14203 | Personal guaranty on behalf of Subway 1285 6 Avenue, Inc. Judgment filed and docketed July 7, 2015. | Contingent Unliquidated Disputed | 162,745.63 |
| Frank Seddio<br>9306 Flatlands Avenue<br>Brooklyn, NY 11236 | Frank Seddio<br>9306 Flatlands Avenue<br>Brooklyn, NY 11236 | Commercial Promissory Note. | | 157,000.00 |
| Brixmor Middletown Plaza Owner, LLC<br>c/o Peter A. Lesser, Esq.<br>Sirlin Lessner & Benson, P.C. | Brixmor Middletown Plaza Owner, LLC<br>c/o Peter A. Lesser, Esq.<br>Sirlin Lessner & Benson, P.C. | Personal guaranty of lease on behalf of B&C Yo Middletown NJ, Inc. t/a/ Let's Yo Yogurt | Contingent Unliquidated Disputed | 140,000.00 |
| Commonwealth of Kentucky Deaprtment of Revenue<br>501 High Street<br>PO Box 491<br>Frankfort, KY 40602 | Commonwealth of Kentucky Deaprtment of Revenue<br>501 High Street<br>Frankfort, KY 40602 | Taxes on behalf of Kentcky entities. | Contingent Unliquidated Disputed | 125,813.34 |
| Yellowstone Capital, LLC<br>160 Pearl Street<br>New York, NY 10005 | Yellowstone Capital, LLC<br>160 Pearl Street<br>New York, NY 10005 | Personal guaranty on behalf of GC Egg Harbor NJ, Inc. Judgment filed April 2015. | | 100,375.00 |
| Mark Altschuler<br>655 Middle Country Road<br>Unit 2B1<br>Coram, NY 11727 | Mark Altschuler<br>655 Middle Country Road<br>Unit 2B1<br>Coram, NY 11727 | Promissory Note to Leon and Rita Altschuler, Henry Altschuler and Mark Altschuler. | | 100,000.00 |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re    Dexter C Bartholomew
         Djenane Bartholomew

Case No. _____

Debtor(s)

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Dexter C Bartholomew** and **Djenane Bartholomew**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date    July 17, 2015                    Signature    /s/ Dexter C Bartholomew
                                                      **Dexter C Bartholomew**
                                                      Debtor

Date    July 17, 2015                    Signature    /s/ Djenane Bartholomew
                                                      **Djenane Bartholomew**
                                                      Joint Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of New Jersey

In re    **Dexter C Bartholomew,**
      **Djenane Bartholomew**

                            Debtors

Case No. _____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | **Unknown** | | |
| B - Personal Property | Yes | 5 | 314,714.22 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 2,534,915.77 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 8 | | 880,471.75 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 15,230,755.30 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 12 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 31,426.22 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 31,116.49 |
| Total Number of Sheets of ALL Schedules | | 49 | | | |
| Total Assets | | | 314,714.22 | | |
| Total Liabilities | | | | 18,646,142.82 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of New Jersey

In re   Dexter C Bartholomew,
Djenane Bartholomew

Case No. _____

Debtors

Chapter _____ 11 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 880,471.75 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 880,471.75 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 31,426.22 |
| Average Expenses (from Schedule J, Line 22) | 31,116.49 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 56,277.64 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 10,082.10 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 643,502.41 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 236,969.34 |
| 4. Total from Schedule F | | 15,230,755.30 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 15,477,806.74 |

B6A (Official Form 6A) (12/07)

In re    **Dexter C Bartholomew,**
      **Djenane Bartholomew,**
                           Debtors

Case No. _____

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Primary residence located at 23 Dora Lane, Holmdel, NJ** | **Fee simple** | J | **Unknown** | **2,344,485.55** |

| | | |
|---|---|---|
| Sub-Total > | **Unknown** | (Total of this page) |
| Total > | **Unknown** | |

    **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Dexter C Bartholomew,**                                    Case No. _____
        **Djenane Bartholomew**
_____ ,
                          Debtors

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on Hand** | J | 5,000.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account ending in 571 TD Bank** | H | 971.54 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings** | J | 15,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Wearing Apparel** | H | 3,000.00 |
| | | **Wearing apparel** | W | 7,000.00 |
| 7.  Furs and jewelry. | | **Wedding band; watch** | H | 4,000.00 |
| | | **Wedding rings** | W | 10,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Various term life insurance policies.  See attached Rider for complete listing.  Policies have no value.** | J | 0.00 |
| | | **Metropolitan Life Insurance Company Whole life policy ending in 7233A** | W | 23,654.00 |
| | | | Sub-Total >          (Total of this page) | 68,625.54 |

__4__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Dexter C Bartholomew,**                                                    Case No. _____
         **Djenane Bartholomew**
_____,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Metropolitan LIfe Insurance Company** **Whole life policy ending in 8263A** | W | 54,396.00 |
| | | **Metropolitan LIfe Insurance Company** **While life policy ending in 4457A** | W | 5,662.00 |
| | | **Midland National Life Insurance Co.** **Whole life policy ending in 1911** | W | 5,528.00 |
| | | **Midland National Life Insurance Company** **While life policy ending in 1786** | H | 3,735.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **State Farm College Savings Plan ($13,961.29)** **(not property of the estate)** | W | 0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) Plan** | H | 56,000.00 |
| | | **Lincoln Financial Group** **401(K) Plan** | W | 15,225.31 |
| | | **Fidelity Investments** **Retirement Savings Plan** | W | 2,921.82 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Bartholomew Enterprises Inc.** **(100% ownership interest)** | H | Unknown |
| | | **GC Egg Harbor NJ, Inc. d/b/a Golden Corral (85% ownership interest).  Company filed Chapter 11 bankruptcy petition in Eastern District of Kentucky on 4/10/15 (Case No. 15-50710).** | H | Unknown |
| | | **B&C Yo Colts Neck NJ, Inc.** **d/b/a Let's Yo Yogurt Shop** **(50% ownership interest)** | H | Unknown |
| | | **B&C Yo Brick NJ, Inc.** **d/b/a Let's Yo Yogurt Shop** **(50% ownership interest)** | H | Unknown |

                                                            Sub-Total >          **143,468.13**
                                                          (Total of this page)

Sheet  _1_  of  _4_  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Dexter C Bartholomew,**                                          Case No. _____
       **Djenane Bartholomew**
_____,
                                   Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | B&C Yo Barclays NY, Inc. d/b/a Let's Yo Yogurt Shop (100% ownerhsip interest) | H | Unknown |
| | | GC Georgetown KY, Inc. d/b/a Golden Corral (85% ownership interest). Company filed Chapter 11 bankruptcy petition in Eastern District of Kentucky on 4/10/15 (Case No. 15-50707) | H | Unknown |
| | | GC Nicholasville KY, Inc. d/b/a Golden Corral (85% ownership interest). Company filed Chapter 11 bankruptcy petition in Eastern District of Kentucky on 4/10/15 (Case No. 15-50708). | H | Unknown |
| | | GC London KY, Inc. d/b/a Golden Corral (85% ownership interest). Company filed Chapter 11 bankruptcy petition in Eastern District of Kentucky on 4/10/15 (Case No. 15-60463). | H | Unknown |
| | | GC Somerset KY, Inc. d/b/a Golden Corral (10% ownership interest). Company filed Chapter 11 bankruptcy petition in Eastern District of Kentucky on 4/10/15 (Case No. 15-60466). | H | Unknown |
| | | GC Lexington KY, Inc. d/b/a Golden Corral (85% ownership interest). Company filed Chapter 11 bankruptcy petition in Eastern District of Kentucky on 4/10/15 (Case No. 15-50709). | H | Unknown |
| | | GC Delran NJ, LLC  d/b/a Golden Corral (95% ownership interest). Company filed Chapter 11 bankruptcy petition in Eastern District of Kentucky on 4/10/15 (Case No. 15-50711). | H | Unknown |
| | | DB London KY Realty, LLC (100% ownership interest) | J | Unknown |
| | | DB Somerset KY Realty, LLC (100% ownership interest) | J | Unknown |
| | | United Parcel Service Class A Common Stock | H | 31,347.12 |
| | | DB Dining Restaurant Group, LLC (100% ownership interest) | H | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total >        31,347.12
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Dexter C Bartholomew,**                                    Case No. _____
       **Djenane Bartholomew**
_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Balance of purchase price due from Monopoly Holdings and Hill Browne, 625 Main Street, Suite 642, New York, NY 10044.  Purchaser filed Chapter 7 proceedings, and failed to pay full purchase price. | J | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Prepaid retainer being held by law firm of Wyatt, Tarant & Combs, LLP, 500 West Jefferson Street, Suite 2800, Louisville, KY 40202-2898 | H | 2,273.43 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Potential predatory lending claims against merchant cash advance lenders:  Allied Capital Management; Finish Line Capital, Inc.; CapRock Services; ARF Financial, LLC (Mission Bank) and Can Capital Merchant Services, Inc. | J | Unknown |
| | | Potential claims against Golden Resources, LLC for overpayment of purchase of KY Golden Corral stores ($3,500,000 cumulative total overpayment for all entities). | J | Unknown |
| | | Potential claims against Bank of America for excessive bank fees. | J | Unknown |
| | | Arbitration Claims against Let's Yo franchisor | J | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Frutango (trademark application pending) | J | 0.00 |
| | | On Site Life Care (homecare agency license application pending) | W | 0.00 |

Sub-Total >      2,273.43
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Dexter C Bartholomew,**                  Case No. _____
       **Djenane Bartholomew**

                                 Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2013 Land Rover - Range Rover (25,000 miles)** | H | 69,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                 Sub-Total >      **69,000.00**
                                     (Total of this page)

Sheet  __4__  of  __4__  continuation sheets attached             Total >       **314,714.22**
to the Schedule of Personal Property

                                   (Report also on Summary of Schedules)

Schedule of Insurance
Dexter and Djenane Bartholomew

## LIFE INSURANCE POLICIES

| INSURED | OWNER | INSURANCE COMPANY | DEATH BENEFIT | POLICY NO. | TERM/WHOLE | OUTSTANDING LOANS | CASH SURRENDER VALUE |
|---|---|---|---|---|---|---|---|
| Djenane | Djenane | Metlife | $519,665 as of 7/16/15 | 7233A | Whole | $19,699.00 as of 7/16/15 | $23,654 as of 4/16/15 |
| Djenane | Djenane | Metlife | $1,230,759 as of 7/16/15 | 8263A | Whole | $46,826.00 as of 7/16/15 | $54,396 as of 4/16/15 |
| Djenane | Djenane | Metlife | $100,110 as of 7/16/15 | 4457A | Whole | $4,213.00 as of 7/16/15 | $5,662 as of 4/16/15 |
| Djenane | Djenane | Midland National Life Insurance Co | $601,297 of of 6/3/15 | 1911 | Whole | $6,211.55 as of 5/18/15 | $5,528 as of 5/18/15 |
| Djenane | Djenane | State Farm* | $250,000 | 6684 | Term | N/A | N/A |
| Djenane | Djenane | State Farm* | $350,000 | 2528 | Term | N/A | N/A |
| Djenane | Djenane | State Farm* | $125,000 | 0686 | Term | N/A | N/A |
| Djenane | Djenane | William Penn Life Insurance Co* | $1,200,000 | 3505 | Term | N/A | N/A |
| Dexter | Dexter | Midland National Life Insurance Co* | $380,095 | 1786 | Whole | $6,205.63 as of 5/10/15 | $3,735 as of 6/3/15 |
| Dexter | Dexter | Metlife* | $2,000,000 | 5288 | Term | N/A | N/A |
| Dexter | Dexter | State Farm* | $125,000 | 0685 | Term | N/A | N/A |
| Dexter | Dexter | William Penn Life Insurance Co* | $2,000,000 | 0815 | Term | N/A | N/A |

## OTHER POLICIES

| INSURED | OWNER | INSURANCE TYPE | BENEFIT TYPE | POLICY NO. |
|---|---|---|---|---|
| Djenane | Djenane | Aflac | Short Term Disability | 6301 |

* Denotes that we are currently investigating if this policy is still in existence. The Debtors reserve the right to amend this schedule as new information emerges.

B6C (Official Form 6C) (4/13)

In re   **Dexter C Bartholomew,**                                    Case No. _____
        **Djenane Bartholomew**
_____,
                            Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                         $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)                                                  *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Husband's Exemptions** | | | |
| **Cash on Hand** | | | |
| Cash on Hand | 11 U.S.C. § 522(d)(5) | 2,500.00 | 5,000.00 |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account ending in 571 | 11 U.S.C. § 522(d)(5) | 971.54 | 971.54 |
| TD Bank | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| Household Goods and Furnishings | 11 U.S.C. § 522(d)(3) | 7,500.00 | 15,000.00 |
| | | | |
| **Wearing Apparel** | | | |
| Wearing Apparel | 11 U.S.C. § 522(d)(3) | 3,000.00 | 3,000.00 |
| | | | |
| **Furs and Jewelry** | | | |
| Wedding band; watch | 11 U.S.C. § 522(d)(4) | 1,550.00 | 4,000.00 |
| | 11 U.S.C. § 522(d)(1) | 2,450.00 | |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| 401(k) Plan | 11 U.S.C. § 522(d)(12) | 56,000.00 | 56,000.00 |
| | | | |
| **Stock and Interests in Businesses** | | | |
| United Parcel Service Class A Common Stock | 11 U.S.C. § 522(d)(5) | 9,253.46 | 31,347.12 |
| | | | |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Prepaid retainer being held by law firm of Wyatt, | 11 U.S.C. § 522(d)(1) | 2,273.43 | 2,273.43 |
| Tarant & Combs, LLP, 500 West Jefferson | | | |
| Street, Suite 2800, Louisville, KY 40202-2898 | | | |

____1____ continuation sheets attached to Schedule of Property Claimed as Exempt

| | Total: | 85,498.43 | 117,592.09 |
|---|---|---|---|

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Dexter C Bartholomew,**                                          Case No. _____
         **Djenane Bartholomew**
_____,
                          Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Wife's Exemptions** | | | |
| **Cash on Hand** | | | |
| Cash on Hand | 11 U.S.C. § 522(d)(5) | 2,500.00 | 5,000.00 |
| | | | |
| **Household Goods and Furnishings** | | | |
| Household Goods and Furnishings | 11 U.S.C. § 522(d)(3) | 7,500.00 | 15,000.00 |
| | | | |
| **Wearing Apparel** | | | |
| Wearing apparel | 11 U.S.C. § 522(d)(3) | 4,750.00 | 7,000.00 |
| | 11 U.S.C. § 522(d)(1) | 2,250.00 | |
| | | | |
| **Furs and Jewelry** | | | |
| Wedding rings | 11 U.S.C. § 522(d)(4) | 1,550.00 | 10,000.00 |
| | 11 U.S.C. § 522(d)(1) | 8,450.00 | |
| | | | |
| **Interests in Insurance Policies** | | | |
| Metropolitan Life Insurance Company Whole life policy ending in 7233A | 11 U.S.C. § 522(d)(8) | 3,955.00 | 23,654.00 |
| | | | |
| Metropolitan LIfe Insurance Company Whole life policy ending in 8263A | 11 U.S.C. § 522(d)(8) | 7,570.00 | 54,396.00 |
| | | | |
| Metropolitan LIfe Insurance Company While life policy ending in 4457A | 11 U.S.C. § 522(d)(8) | 725.00 | 5,662.00 |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Lincoln Financial Group 401(K) Plan | 11 U.S.C. § 522(d)(12) | 15,225.31 | 15,225.31 |
| | | | |
| Fidelity Investments Retirement Savings Plan | 11 U.S.C. § 522(d)(12) | 2,921.82 | 2,921.82 |
| | Total: | 57,397.13 | 138,859.13 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Dexter C Bartholomew,**                                           Case No. _____
         **Djenane Bartholomew**
_____,
                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | United Parcel Service Class A Common Stock | | | | | |
| CertusBank, N.A. c/o Patricia K. Burgess, Esq. Frost Brown Todd LLC 250 W. Main Street, Suite 2800 Lexington, KY 40507 | | J | | | | | | | |
| | | | | Value $          31,347.12 | | | | 31,347.12 | 0.00 |
| Account No. | | | | | | | | | |
| CertusBank, N.A. 100 Tom Reeve Drive Carrollton, GA 30117 | | | | On behalf of: CertusBank, N.A. | | | | Notice Only | |
| | | | | Value $ | | | | | |
| Account No. | | | | Auto loan 2013 Land Rover - Range Rover (25,000 miles) | | | | | |
| Local 804 FCU 3421 Review Avenue Long Island City, NY 11101 | | H | | | | | | | |
| | | | | Value $          69,000.00 | | | | 75,922.00 | 6,922.00 |
| Account No. | | | | Metropolitan Life Insurance Company Whole life policy ending in 7233A | | | | | |
| Metropolitan Life Insurance Company Attn: Customer Service Corporate Commons Two 2 Teleport Drive, Suite 300 Staten Island, NY 10311 | | J | | | | | | | |
| | | | | Value $          23,654.00 | | | | 19,699.00 | 0.00 |
| __2__   continuation sheets attached | | | | Subtotal (Total of this page) | | | | 126,968.12 | 6,922.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Dexter C Bartholomew,**
**Djenane Bartholomew**                                                    Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | Metropolitan Life Insurance Company Whole life policy ending in 8263A | | | | | |
| **Metropolitan Life Insurance COmpany Corporate Commons Two 2 Teleport Drive, Suite 300 Staten Island, NY 10311** | | | | J | | | | | | |
| | | | | | Value $              54,396.00 | | | | 46,826.00 | 0.00 |
| Account No. | | | | | Metropolitan Life Insurance Company While life policy ending in 4457A | | | | | |
| **Metropolitan Life Insurance Company Corporate Commons Two 2 Teleport Drive, Suit e300 Staten Island, NY 10311** | | | | J | | | | | | |
| | | | | | Value $              5,662.00 | | | | 4,213.00 | 0.00 |
| Account No. | | | | | Midland National Life Insurance Co. Whole life policy ending in 1911 | | | | | |
| **Midland National Life Insurance Company One Sammons Plaza Sioux Falls, SD 57193** | | | | J | | | | | | |
| | | | | | Value $              5,528.00 | | | | 6,211.55 | 683.55 |
| Account No. | | | | | Midland National Life Insurance Company While life policy ending in 1786 | | | | | |
| **Midland National Life Insurance Company One Sammons Plaza Sioux Falls, SD 57193** | | | | J | | | | | | |
| | | | | | Value $              3,735.00 | | | | 6,211.55 | 2,476.55 |
| Account No. xxxxxx0190 | | | | | First Mortgage Primary residence located at 23 Dora Lane, Holmdel, NJ | | | | | |
| **SunTrust Mortgage PO Box 79041 Baltimore, MD 21279-0041** | | | | J | | | | | | |
| | | | | | Value $              Unknown | | | | 2,344,485.55 | Unknown |

Sheet  __1__  of  __2__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

2,407,947.65          3,160.10

B6D (Official Form 6D) (12/07) - Cont.

In re   **Dexter C Bartholomew,**                                           Case No. _____
        **Djenane Bartholomew**
_____,
                            Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| SunTrust Mortgage, Inc. Attn: Client Services - RVW 3003 PO Box 26149 Richmond, VA 23260-6149 | | | On behalf of: SunTrust Mortgage | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| SunTrust Mortgage, Inc. 1001 Semmes Avenue Richmond, VA 23224-2245 | | | On behalf of: SunTrust Mortgage | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| SunTrust Mortgage, Inc. c/o National Creditors Connection, Inc. 14 Orchard Road Suite 200 Lake Forest, CA 92630 | | | On behalf of: SunTrust Mortgage | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | Property Taxes | | | | | |
| Tax Collector Township of Holmdel 4 Crawfords Corner Road Holmdel, NJ 07733 | | J | Primary residence located at 23 Dora Lane, Holmdel, NJ | | | | | |
| | | | Value $          **Unknown** | | | | 0.00 | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __2__ of __2__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 2,534,915.77 | 10,082.10 |

B6E (Official Form 6E) (4/13)

In re    **Dexter C Bartholomew,**                    Case No. _____
       **Djenane Bartholomew**
_____,
                             Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

       **7**     continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Dexter C Bartholomew,**                                                                    Case No. _____
         **Djenane Bartholomew**
                                                                                    ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2014/2015 | | | | | | |
| Commonwealth of Kentucky Deaprtment of Revenue 501 High Street PO Box 491 Frankfort, KY 40602 | | W | Taxes on behalf of Kentcky entities. | X | X | X | | 125,813.34 | |
| | | | | | | | 125,813.34 | 0.00 | |
| Account No. | | | On behalf of: | | | | | | |
| Business Tax Collections Division of Collections Department of Revenue 501 High Street Frankfort, KY 40601 | | | Commonwealth of Kentucky | | | | Notice Only | | |
| Account No. | | | 2013 | | | | | | |
| Department of the Treasury Internal Revenue Service Cincinnati, OH 45999-0030 | | J | 2013 taxes. | | | | 0.00 | | |
| | | | | | | | 4,214.79 | 4,214.79 | |
| Account No. | | | Notice only. | | | | | | |
| Division of Taxation 124 Halsey Street Second Floor Newark, NJ 07102 | | J | | | | | 0.00 | | |
| | | | | | | | 0.00 | 0.00 | |
| Account No. | | | Notice only. | | | | | | |
| Internal Revenue Service Special Procedures Branch Attn: Bankruptcy Section PO Box 744 Springfield, NJ 07081-0744 | | J | | | | | 0.00 | | |
| | | | | | | | 0.00 | 0.00 | |

Sheet __1__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 125,813.34 |
|---|---|---|
|  | (Total of this page)    130,028.13 | 4,214.79 |

B6E (Official Form 6E) (4/13) - Cont.

In re   Dexter C Bartholomew,                                    Case No. _____
        Djenane Bartholomew

                                                              ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | Notice only. | | | | | |
| Internal Revenue Service Attn: District Director 955 South Springfield Avenue Springfield, NJ 07081 | | J | | | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Notice only. | | | | | |
| Internal Revenue Service c/o United States Attorney 970 Broad Street Fifth Floor Newark, NJ 07102 | | J | | | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Notice only. | | | | | |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | J | | | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Internal Revenue Service 290 Broadway 14th Floor New York, NY 10007 | | J | | | | | | Unknown | Unknown |
| | | | | | | | | Unknown | 0.00 |
| Account No. | | | | Taxes | | | | | |
| Internal Revenue Service Attn: S. Savarese, Revenue Officer 200 Federal Plaza Third Floor Paterson, NJ 07505 | | W | | | | | | 0.00 | 43,005.57 |
| | | | | | | | | 43,005.57 | 43,005.57 |

Sheet __2__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 43,005.57 | 43,005.57 |

B6E (Official Form 6E) (4/13) - Cont.

In re    Dexter C Bartholomew,          Case No. _____
         Djenane Bartholomew,

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Internal Revenue Service<br>Attn:  Margaret A. Hallecks<br>5218 Atlantic Avenue<br>Mays Landing, NJ 08330-2003 | J | | Unpaid trust fund taxes on behalf of Golden Corral Egg Harbor NJ, Inc. | X | X | X | 11,339.16 | 0.00 | 11,339.16 |
| Account No.<br><br>Internal Revneue Service<br>Office of Chief Counsel<br>SB/SE Division Counsel<br>One Newark Center, Suite 1500<br>Newark, NJ 07102 | J | | Notice only. | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Kentucky Department of Revenue<br>Legal Branch - Bankruptcy Section<br>PO Box 5222<br>Frankfort, KY 40602 | J | | Notice only. | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Navient<br>PO Box 9655<br>Wilkes Barre, PA 18773 | W | | Education loan. | | | | 82,000.00 | 82,000.00 | 0.00 |
| Account No.<br><br>Navient<br>PO Box 9655<br>Wilkes Barre, PA 18773 | J | | October 2008<br><br>Education loan. | | | | 29,156.00 | 29,156.00 | 0.00 |

Sheet  **3**  of  **7**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 111,156.00 | |
|---|---|---|---|
| | (Total of this page) | 122,495.16 | 11,339.16 |

B6E (Official Form 6E) (4/13) - Cont.

In re   Dexter C Bartholomew,                       Case No. _____
      Djenane Bartholomew

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> New Jersey Division of Taxation <br> Bankruptcy Section <br> PO Box 245 <br> Trenton, NJ 08695-0245 | J | Notice only. | | | | 0.00 | 0.00 / 0.00 |
| Account No. <br><br> NJ Divison of Taxation <br> Attn: William Pena <br> Neptune Investigation D <br> 1828 West Lake Avenue, Third Floor <br> Neptune, NJ 07753 | X H | 2013 <br><br> Trust fund taxes on behalf of B&C Yo Middletown NJ, Inc. | | | | 0.00 | 0.00 / 0.00 |
| Account No. <br><br> NJ Treasury Department <br> Office of Criminal Investigation <br> Attn: Donald Krulewicz, Investigator <br> 3444 Quakerbridge Road, Bldg. 9, 3rd Fl. <br> Mercerville, NJ 08619 | H | Sales tax on behalf of yogurt stores in the State of New Jersey | | | | Unknown | Unknown / 0.00 |
| Account No. <br><br> Office of the Attorney General <br> Division of Law <br> PO Box 080 <br> Trenton, NJ 08625-0080 | J | Notice only. | | | | 0.00 | 0.00 / 0.00 |
| Account No. <br><br> Office of the Attorney General <br> 700 Capitol Avenue <br> Suite 118 <br> Frankfort, KY 40601-3449 | J | Notice only. | | | | 0.00 | 0.00 / 0.00 |

Sheet __4__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal    0.00
(Total of this page)    0.00 / 0.00

B6E (Official Form 6E) (4/13) - Cont.

In re   Dexter C Bartholomew,                                   Case No. _____
        Djenane Bartholomew,

                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Office of the Attorney General<br>The Capitol<br>Albany, NY 12224-0341 | | J | Notice only. | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Office of the Attorney General<br>New York City Office<br>120 Broadway<br>New York, NY 10271-8000 | | J | Notice only. | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Sallie Mae<br>PO Box 3319<br>Wilmington, DE 19804-4319 | | H | Education loan. | | | | 28,000.00 | 0.00 | 28,000.00 |
| Account No. **xxx-xx-2163**<br><br>State of New Jersey<br>Division of Taxation<br>Federal Offset Program<br>PO Box 283<br>Trenton, NJ 08695-0283 | | J | 2013<br><br>Taxes | | | | 16,169.77 | 0.00 | 16,169.77 |
| Account No.<br><br>State of New Jersey<br>Division of Taxation<br>Sales & Use Tax<br>PO Box 999<br>Trenton, NJ 08625 | | J | Notice only. | | | | 0.00 | 0.00 | 0.00 |

Sheet **5** of **7** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 44,169.77 | 44,169.77 |

B6E (Official Form 6E) (4/13) - Cont.

In re    Dexter C Bartholomew,                                          Case No. _____
         Djenane Bartholomew,
_____,
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Notice only. | | | | | | |
| State of New Jersey Division of Taxation - GIT 50 Barrack Street PO Box 269 Trenton, NJ 08625 | | | J | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | Notice only. | | | | | | |
| State of New Jersey Department of Labor Attn: Stanley A. Cooper PO Box 379 Trenton, NJ 08625 | | | J | | | | | 0.00 | 0.00 | 0.00 |
| Account No. xxx-xx-6068 | | | | 2005-2008 | | | | | | |
| State of New York Civil Enforcement Division Attn. Office of Counsel Building 9, W.A. Harriman Campus Albany, NY 12227 | X | W | | Various tax debts on behalf o of defunct businesses owned by Debtors.  Tax liens filed. | | | | 0.00 540,773.12 | 540,773.12 | |
| Account No. | | | | | | | | | | |
| New York State Department of Taxation and Finance Civil Enforcement Division W. A. Harriman Campus Albany, NY 12227-0841 | | | | On behalf of: State of New York | | | | Notice Only | | |
| Account No. | | | | | | | | | | |
| New York State Department of Taxation and Finance Attn:  Jeannie Chin 5 Penn Plaza, 12th Floor New York, NY 10001 | | | | On behalf of: State of New York | | | | Notice Only | | |

Sheet ___6___ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 540,773.12 | | 540,773.12 |

B6E (Official Form 6E) (4/13) - Cont.

In re   Dexter C Bartholomew,                                      Case No. _____
        Djenane Bartholomew

                                                                              ,
                                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| NY State Department of Tax and Finance Bureau of Conciliation and Mediation Svc Attn: Steven Saskin 15 MetroTech Center, Fifth Floor Brooklyn, NY 11201-3826 | | | On behalf of: State of New York | | | | Notice Only | | |
| Account No. | | | Notice only on behalf of the IRS. | | | | | | |
| The Honorable Loretty E. Lynch Attorney General of the United States U.S. Department of Justice 950 Pennsylvania Avenue, NW Washington, DC 20530-0001 | | J | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __7__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 880,471.75 | 236,969.34 643,502.41 | |

B6F (Official Form 6F) (12/07)

In re    **Dexter C Bartholomew,**                                          Case No. _____
         **Djenane Bartholomew**
_____
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | J | Personal guaranty under lease agreement on behalf of Slim Daddy Mo Fro Yo, LLC for Colts Neck, NJ yogurt store. | X | X | X | |
| **24 Realty, LLC** c/o Dante M. Alfieri, Esq. Cleary, Giacobbe, Alfieri, Jacobs, LLC 5 Ravine Drive Matawan, NJ 07747 | | | | | | | | 3,447.65 |
| Account No. | X | | J | Lease arrearages under personal guaranty of lease on behalf of GC Delran NJ, LLC for 2904 Route 130, Delran, NJ. | X | X | X | |
| **2904 Route 130 Delran NJ, LLC** Attn: Traci L. Ambrosino, Vice President 4280 Professional Center Drive, Suite 10 Palm Beach Gardens, FL 33410 | | | | | | | | Unknown |
| Account No. | | | | On behalf of: 2904 Route 130 Delran NJ, LLC | | | | Notice Only |
| **2904 Route 130 Delran NJ, LLC** c/o Joseph Schramm,III, Esq. Fox Rothschild LLP 997 Lenox Drive, Building 3 Lawrence Township, NJ 08648-2311 | | | | | | | | |
| Account No. | X | | H | January 18, 2015 Personal guaranty under Merchant Cash Advance Agreement on behalf of GC Egg Harbor NJ, Inc. | X | X | X | |
| **Allied Capital Management** One Corporate Drive Suite 202 Bohemia, NY 11716 | | | | | | | | Unknown |
| __12__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | 3,447.65 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dexter C Bartholomew,**                                          Case No. _____
        **Djenane Bartholomew**
                                                          ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Landlord's claims under alleged personal guaranty of lease for Nicolasville, KY and Georgetown, KY Golden Corral restaurant. | | | | |
| **American Realty Capital Properties, Inc.** 2325 E. Camelback Road Suite 1100 Phoenix, AZ 85016 | X | H | | | X | X | X | Unknown |
| **Account No.** | | | | On behalf of: American Realty Capital Properties, Inc. | | | | Notice Only |
| **American Realty Capital Properties, Inc.** c/o Lisa M. Peters, Esq. Kutas Rock LLP 1650 Farnam Street Omaha, NE 68102 | | | | | | | | |
| **Account No.** | | | | Personal guaranty under Mission Valley Bank Merchant Agreement (debt purchased by ARF Financial) on behalf of GC Egg Harbor NJ, Inc. | | | | |
| **ARF Financial, LLC** c/o Brian M. Born, Esq. Trumbull & Born, PLLC 950 Pacific Avenue, Suit e1050 Tacoma, WA 98402 | X | H | | | X | X | X | Unknown |
| **Account No.** | | | | Notice only. | | | | |
| **Bank of America** PO Box 15284 Wilmington, DE 19850 | | | J | | X | X | X | 0.00 |
| **Account No.** | | | | July 12, 2013 Promissory Note. | | | | |
| **Barbara Sacco** 101-06 4th Avenue, Apt 26D Brooklyn, NY 11209 | X | W | | | | | | 50,000.00 |

Sheet no. __1__ of __12__ sheets attached to Schedule of                      Subtotal         | 50,000.00
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)  |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dexter C Bartholomew,**                                      Case No. _____
      **Djenane Bartholomew**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal guarantees of Small Business Association loans taken through Small Business Association for operation of B&C Yo Brick NJ, Inc. and B&C Yo Brick Lacey NJ, Inc. | | | | |
| BCB Bank 110 Avenue C Bayonne, NJ 07002 | | J | | X | X | X | 500,000.00 |
| Account No. | | | Daughter's car lease - 2012 BMW Xi. | | | | |
| BMW Financial Services Attn:  Customer Correspondence PO Box 3608 Dublin, OH 43016-0306 | | W | | | | | 11,396.00 |
| Account No. | | | Personal guaranty of lease on behalf of B&C Yo Middletown NJ, Inc. t/a/ Let's Yo Yogurt | | | | |
| Brixmor Middletown Plaza Owner, LLC c/o Peter A. Lesser, Esq. Sirlin Lessner & Benson, P.C. | | J | | X | X | X | 140,000.00 |
| Account No. | | | February 20, 2014 Personal guaranty by Debtors under lease agreement for 185 E. New Circle Road, Lexingotn, KY with regard to GC Lexington KY, Inc. | | | | |
| Broadstone GC Kentucky, LLC c/o Jeremy R. Oliver, Esq. Tones Vaisey, PLLC 155 Clinton Square Rochester, NY 14604 | X | J | | X | X | X | 0.00 |
| Account No. | | | November 19, 2013 Personal guaranty under Future Receivable Purchase and Sale Agreement with regard to GC London KY, Inc. | | | | |
| Can Capital Merchant Services, Inc. f/k/a AdvanceMe, Inc. 2015 Vaughn Road, NW Suite 500 Kennesaw, GA 30144 | X | H | | X | X | X | 100,000.00 |

Sheet no. __2__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    751,396.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dexter C Bartholomew,**                                                 Case No. _____
       **Djenane Bartholomew**

                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Cap Rock Services** <br>**4890 Alpha Road** <br>**Suit e200** <br>**Dallas, TX 75244** | X | H | **April 6, 2015** <br>**Personal guaranty under Future Receivables Sale Agreement on behalf of GC Delran NJ, Inc.** | X | X | X | 0.00 |
| Account No. <br><br>**Carver Federal Savings Bank** <br>**c/o Scott D. Chait, Esq.** <br>**Peretore & Peretore, P.C.** <br>**191 Woodport Road** <br>**Sparta, NJ 07871** | | W | Judgment. | X | X | X | Unknown |
| Account No. <br><br>**CertusBank, N.A.** <br>**c/o Patricia K. Burgess, Esq.** <br>**Frost Brown Todd LLC** <br>**250 W. Main Street, Suite 2800** <br>**Lexington, KY 40507** | X | J | **Personal guaranty of Small Business Association loans with regard to Debtors' businesses.** | X | X | X | 4,225,000.00 |
| Account No. <br><br>**CertusBank, N.A.** <br>**100 Tom Reeve Drive** <br>**Carrollton, GA 30117** | | | On behalf of: <br>CertusBank, N.A. | | | | Notice Only |
| Account No. <br><br>**Eric Casuburi** <br>**4 Michaels Way** <br>**Colts Neck, NJ 07722** | | J | **Possible accounts receivable and counterclaims with regard to Holmdel Commons lawsuit.** | X | X | X | Unknown |

Sheet no. __3__ of __12__ sheets attached to Schedule of                        Subtotal            | 4,225,000.00
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dexter C Bartholomew,**                                    Case No. _____
       **Djenane Bartholomew**

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Finish Line Capital, Inc.** <br> **33 Spruce Hollow Road** <br> **Green Brook, NJ 08812** | X | H | **Personal guaranty under Agreements for Purchase and Sale of Future Receivables on behalf of entities owed by Debtor.** | X | X | X | Unknown |
| Account No. <br><br> **Fora Financial Business Loans, LLC** <br> **1001 N. 19th Street, Suite 1200** <br> **Arlington, VA 22209-1710** | X | H | **March 18, 2014** <br> **Personal guaranty for business loan on behalf of GC Lexington KY, Inc.** | X | X | X | Unknown |
| Account No. <br><br> **Fortis Capital, LLC** <br> **45 Main Street** <br> **Brooklyn, NY 11201** | X | W | **July 12, 2013** <br> **Personal guaranty of note and mortgage on behalf of GC Egg Harbor NJ, Inc.** | X | X | X | 400,000.00 |
| Account No. <br><br> **Frank Seddio** <br> **9306 Flatlands Avenue** <br> **Brooklyn, NY 11236** | X | H | **Commercial Promissory Note.** | | | | 157,000.00 |
| Account No. <br><br> **FTG Holding Corp.** <br> **1143 East 92nd Street** <br> **Brooklyn, NY 11236** | X | H | **Promissory Note.** | | | | 87,500.00 |

Sheet no. __4__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    644,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Dexter C Bartholomew,                                    Case No. _____
        Djenane Bartholomew

                                                                        ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | July 12, 2013 Promissory Note. | | | | |
| FTG Holding Corp. 1143 East 92nd Street Brooklyn, NY 11234 | X | W | | | | | | 350,000.00 |
| Account No. | | | | Notice only. | | | | |
| Golden Corral Franchsing Systems, Inc. Attn:  General Counsel 5151 Glenwood Avenue, Suite 300 PO Box 29502 Raleigh, NC 27626 | | | J | | X | X | X | Unknown |
| Account No. | | | | July 18, 2013 Personal guaranty under promissory note and suretyship agreement on behalf of GC Lexington KY, Inc. | | | | |
| Golden Resources, LLC Attn:  Bruce McIntosh 107A North Killarney Lane Richmond, KY 40475 | X | H | | | X | X | X | 1,120,000.00 |
| Account No. | | | | July 2013 Promissory Note to Leon and Rita Altschuler, Henry Altschuler and Mark Altschuler. | | | | |
| Henry Altschuler 1803 145th Place, S.E. Bellevue, WA 98007 | X | W | | | | | | 100,000.00 |
| Account No. | | | | Personal guaranty of land lease obligations on behalf of B&C Yo Holmdel NJ, Inc. | | | | |
| Holmdel Commons, LLC c/o Michael J. Fekete, Esq. Dilworth Paxson LLP 457 Haddonfield Road, Suite 700 Cherry Hill, NJ 08002 | | | J | | X | X | X | Unknown |

Sheet no. __5__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,570,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Dexter C Bartholomew,**
**Djenane Bartholomew**
                                                                    Case No. _____
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | January 2013 Co-signer on company car lease on behalf of Bartholomew Foods, Inc. | | | | |
| Hyundai Capital America PO Box 20835 Fountain Valley, CA 92728 | | H | | | | | X | | 2,409.00 |
| Account No. | | | | | January 2013 Co-signer on company car lease on behalf of Bartholomew Foods, Inc. | | | | |
| Hyundai Capital America PO Box 20835 Fountain Valley, CA 92728 | | H | | | | | X | | 2,295.00 |
| Account No. | | | | | August 2013 Co-signer on company car lease on behalf of Bartholomew Foods, Inc. | | | | |
| Hyundai Capital America PO Box 20835 Fountain Valley, CA 92728 | | H | | | | | X | | 4,144.00 |
| Account No. | | | | | Loan | | | | |
| IOU Central, Inc. c/o Jeff Joyce, Esq. Joyce Childers, LLP PO Box 550291 Atlanta, GA 30355 | | H | | | | | | | 6,800.00 |
| Account No. | | | | | Personal guaranty under Secured Term Note between DB Dining Group, LLC and Jai Santoshi Realty, LLC. | | | | |
| Jai Santoshi Realty, LLC 7 Miller Court Moorestown, NJ 08057 | X | | J | | | X | X | X | 1,500,000.00 |

Sheet no. __6__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,515,648.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dexter C Bartholomew,**
       **Djenane Bartholomew**

Case No. _____

_____,
                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Claims arising out of an escrow relating to sale of Middletown, NJ yogurt stores for NJ bulk sales tax. (B&C Yo Middltown, Inc.) | | | | |
| **James and Victoria Wilson** c/o Keith Casella, Esq. **Kurt T. Richards, PC** **1200 South Avenue, Suite 201** **Staten Island, NY 10314** | | | J | | X | X | X | 50,000.00 |
| **Account No.** | | | | Guaranty of Promissory Note for Debtors' businesses. | | | | |
| **Joe Vasile** **5009 Avenue N** **Brooklyn, NY 11234** | | | J | | | | | 100,000.00 |
| **Account No.** | | | | Legal fees | | | | |
| **John T. Bazzuro, Esq.** **Law Offices of John T. Bazzuro, LLC** **200 Meco Drive** **Millstone Township, NJ 08535** | | | J | | | | | 10,000.00 |
| **Account No.** | | | | Commercial Promissory Note. | | | | |
| **Joyce Seddio** **2333 East 69th Street** **Brooklyn, NY 11234** | X | H | | | | | | 175,000.00 |
| **Account No.** | | | | Promissory Notes. | | | | |
| **Leon and Rita Altschuler** **2258 Henderickson Street** **Brooklyn, NY 11234** | X | W | | | | | | 600,000.00 |

Sheet no. **7** of **12** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

935,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dexter C Bartholomew,**   Case No. _____
**Djenane Bartholomew**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | June 10, 2013 | | | | |
| Let's Yo, LLC Attn: Robert Sprechman, CFO 43 County Road 537 West Colts Neck, NJ 07722 | X | H | Royalty Fees and advertising fund contributions on behalf of Colts Neck, NJ Let's Yo store pursuant to June 10, 2013 Franchise Agreement. | X | X | X | Unknown |
| Account No. | | | On behalf of: | | | | |
| Let's Yo, LLC c/o Justin M. Klein, Esq. Marks & Klein LLP 63 Riverside Avenue Red Bank, NJ 07701 | | | Let's Yo, LLC | | | | Notice Only |
| Account No. | | | March 30, 2010 | | | | |
| M&T Bank c/o Richard J. Biryla, Esq. 800 Rand Building 14 Lafayette Square Buffalo, NY 14203 | | W | Personal guaranty on behalf of Subway 1285 6 Avenue, Inc. Judgment filed and docketed July 7, 2015. | X | X | X | 162,745.63 |
| Account No. | | | July 2012 | | | | |
| M&T Bank One Fountain Plaza Fourth Floor Buffalo, NY 14203 | | H | Personal guaranty on behalf of Bartholomew Foods on auto loan for 2012 Ford Transit Connect. | X | X | X | 15,816.00 |
| Account No. | | | August 24, 2012 | | | | |
| Marie Conde 126 Laredo Drive Morganville, NJ 07751 | X | J | Purchase Money Note secured by mortgage on 204 Kings Way, London, KY; 100 Ikebaha Path, Georgetown, KY; 2020 South Highway 27, Somersets, KY and 110 Retail Road, Nichoalsville, KY. | X | X | X | 1,500,000.00 |

Sheet no. __8__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **1,678,561.63**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dexter C Bartholomew,**                                     Case No. _____
        **Djenane Bartholomew**
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mark Altschuler**<br>**655 Middle Country Road**<br>**Unit 2B1**<br>**Coram, NY 11727** | X | W | **Promissory Note to Leon and Rita Altschuler, Henry Altschuler and Mark Altschuler.** | | | | 100,000.00 |
| Account No.<br><br>**MaryAnn Camhi**<br>**162-19 88th Street**<br>**Side Door**<br>**Howard Beach, NY 11414** | X | H | **Commercial Promissory Note.** | | | | 50,000.00 |
| Account No.<br><br>**Mercedes Benz Financial Services**<br>**13650 Heritage Valley Parkway**<br>**Fort Worth, TX 76177** | | H | **Co-signor on automobile lease for Bartholomew Foods, LLC.** | | | | 0.00 |
| Account No.<br><br>**Mercedes-Benz Financial Services**<br>**13650 Heritage Valley Parkway**<br>**Fort Worth, TX 76177** | | W | **Co-signor on automobile lease for Bartholomew Foods, LLC.** | | | | 9,497.00 |
| Account No.<br><br>**Michael Cannizzo**<br>**1043 Woodrow Road**<br>**Staten Island, NY 10312** | X | W | **July 10, 2013**<br>**Promissory Note.** | | | | 200,000.00 |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    359,497.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Dexter C Bartholomew,                                    Case No. _____
         Djenane Bartholomew
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | Commercial Promissory Note. | | | | |
| Michael Visconti 12 Brooklyn Terminal Market Brooklyn, NY 11236 | X | H | | | | | | 75,000.00 |
| **Account No.** | | | | February 26, 2014 Personal guaranty of lease on behalf of B&C Yo Barclays NY, Inc. | | | | |
| Pawnee Leasing Corporation c/o Daniel B. Fix, Esq. Platzer, Swergold, Levine, et al. 475 Park Avenue South, 18th Floor New York, NY 10016 | | H | | | X | X | X | 39,878.69 |
| **Account No.** | | | | Commercial Promissory Note. | | | | |
| Phoebe Layne 360 Shore Road Apt 4E Long Beach, NY 11561 | X | H | | | | | | 230,000.00 |
| **Account No.** | | | | Commercial Promissoroy Note. | | | | |
| Povfen Partners 1111 Marcus Avenue, Suite 407 New Hyde Park, NY 11042 | X | H | | | | | | 300,000.00 |
| **Account No.** | | | | Lease obligations on behalf of West Berlin Corral NJ, Inc. | | | | |
| Route 73 Realty, LLC c/o Thomas J. Hagner, Esq. Hagner & Zohlman, LLC 57 Kresson Road Cherry Hill, NJ 08034 | | W | | | X | X | X | Unknown |

Sheet no. __10__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    644,878.69

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Dexter C Bartholomew,                              Case No. _____
         Djenane Bartholomew

_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | | | Personal guaranty of equipment leases for yogurt stores. | | | | |
| Santander Bank c/o Janet B. Romano, Esq. Romano & Romano 573 Bloomfield Avenue Verona, NJ 07044 | | H | | | X | X | X | Unknown |
| Account No. | | | | On behalf of: Santander Bank | | | | |
| Santander Bank 430 State Route 10 Randolph, NJ 07869 | | | | | | | | Notice Only |
| Account No. | | | | Guaranty of Ground Lease on behalf of Golden Corral of Egg Harbor, Inc. | | | | |
| Shore Mall Associates, L.P. c/o Cedar Shopping Centers Partnership, 44 South Bayles Avenue, #304 Port Washington, NY 11050 | X | J | | | X | X | X | Unknown |
| Account No. | | | | December 7, 2012 Personal Guaranty on behalf of GC Egg Harbor NJ Inc. | | | | |
| The Bank of Princeton c/o Ryan L. DiClemente, Esq. Saul Ewing LLP 650 College Road East, Suite 4000 Princeton, NJ 08540 | X | J | | | X | X | X | 2,700,000.00 |
| Account No. | | | | On behalf of: The Bank of Princeton | | | | |
| The Bank of Princeton 403 Wall Street Princeton, NJ 08540 | | | | | | | | Notice Only |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,700,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dexter C Bartholomew,**          Case No. _____
        **Djenane Bartholomew**

                                                ,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Timepayment Corp.**<br>**16 NE Executive Office Park**<br>**Suite 200**<br>**Burlington, MA 01803** | | H | | **February 2014**<br>**Personal guaranty of lease.** | X | X | X | 2,374.00 |
| Account No.<br><br>**US Small Business Administration**<br>**c/o ConServe**<br>**200 Cross Keys Office Park**<br>**Fairport, NY 14450** | | J | | **Small Business Administration loan.** | X | X | X | Unknown |
| Account No.<br><br>**Vested Business Brokers, Ltd.**<br>**c/o Svetlana Minevich, Esq.**<br>**200 Garden City Plaza**<br>**Suite 500**<br>**Garden City, NY 11530** | | W | | **Judgment** | | | | 50,077.33 |
| Account No.<br><br>**Yellowstone Capital, LLC**<br>**160 Pearl Street**<br>**New York, NY 10005** | X | H | | **Personal guaranty on behalf of GC Egg Harbor NJ, Inc.  Judgment filed April 2015.** | | | | 100,375.00 |
| Account No.<br><br>**Yellowstone Capital**<br>**c/o Vadim Serebro, Esq.**<br>**PO Box 1511**<br>**New York, NY 10268** | | | | **On behalf of:**<br>**Yellowstone Capital, LLC** | | | | Notice Only |

Sheet no. __12__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 152,826.33 |
| Total<br>(Report on Summary of Schedules) | 15,230,755.30 |

B6G (Official Form 6G) (12/07)

In re  **Dexter C Bartholomew,**                                    Case No. _____
       **Djenane Bartholomew**
       _____
                          Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **BMW Financial Services**<br>**Attn: Customer Correspondence**<br>**PO Box 3608**<br>**Dublin, OH 43016-0306** | **Automobile lease for 2012 BMW** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re **Dexter C Bartholomew,**
**Djenane Bartholomew**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Adeline Francois<br>23 Dora Lane<br>Holmdel, NJ 07733 | CertusBank, N.A.<br>c/o Patricia K. Burgess, Esq.<br>Frost Brown Todd LLC<br>250 W. Main Street, Suite 2800<br>Lexington, KY 40507 |
| B&C Yo Middletown NJ, Inc.<br>23 Dora Lane<br>Holmdel, NJ 07733 | NJ Divison of Taxation<br>Attn:  William Pena<br>Neptune Investigation D<br>1828 West Lake Avenue, Third Floor<br>Neptune, NJ 07753 |
| Bartholomew Enterprise, Inc.<br>23 Dora Lane<br>Holmdel, NJ 07733 | Phoebe Layne<br>360 Shore Road<br>Apt 4E<br>Long Beach, NY 11561 |
| Bartholomew Enterprise, Inc.<br>23 Dora Lane<br>Holmdel, NJ 07733 | Frank Seddio<br>9306 Flatlands Avenue<br>Brooklyn, NY 11236 |
| Bartholomew Enterprise, Inc.<br>23 Dora Lane<br>Holmdel, NJ 07733 | Golden Resources, LLC<br>Attn:  Bruce McIntosh<br>107A North Killarney Lane<br>Richmond, KY 40475 |
| Bartholomew Enterprise, Inc.<br>23 Dora Lane<br>Holmdel, NJ 07733 | MaryAnn Camhi<br>162-19 88th Street<br>Side Door<br>Howard Beach, NY 11414 |
| Bartholomew Enterprise, Inc.<br>23 Dora Lane<br>Holmdel, NJ 07733 | Michael Visconti<br>12 Brooklyn Terminal Market<br>Brooklyn, NY 11236 |
| Bartholomew Enterprise, Inc.<br>23 Dora Lane<br>Holmdel, NJ 07733 | Povfen Partners<br>1111 Marcus Avenue, Suite 407<br>New Hyde Park, NY 11042 |
| Bartholomew Enterprise, Inc.<br>23 Dora Lane<br>Holmdel, NJ 07733 | Joyce Seddio<br>2333 East 69th Street<br>Brooklyn, NY 11234 |
| Bartholomew Enterprise, Inc.<br>23 Dora Lane<br>Holmdel, NJ 07733 | FTG Holding Corp.<br>1143 East 82nd Street<br>Brooklyn, NY 11236 |

**11**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

In re    **Dexter C Bartholomew,**                                         Case No. _____
      **Djenane Bartholomew**
_____,
                     Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| DB & Associates Realty, LLC<br>PO Box 4065<br>Middletown, NJ 07748 | Yellowstone Capital, LLC<br>160 Pearl Street<br>New York, NY 10005 |
| DB & Associates Realty, LLC<br>PO Box 4065<br>Middletown, NJ 07748 | Phoebe Layne<br>360 Shore Road<br>Apt 4E<br>Long Beach, NY 11561 |
| DB & Associates Realty, LLC<br>PO Box 4065<br>Middletown, NJ 07748 | Frank Seddio<br>9306 Flatlands Avenue<br>Brooklyn, NY 11236 |
| DB & Associates Realty, LLC<br>PO Box 4065<br>Middletown, NJ 07748 | Golden Resources, LLC<br>Attn:  Bruce McIntosh<br>107A North Killarney Lane<br>Richmond, KY 40475 |
| DB & Associates Realty, LLC<br>PO Box 4065<br>Middletown, NJ 07748 | MaryAnn Camhi<br>162-19 88th Street<br>Side Door<br>Howard Beach, NY 11414 |
| DB & Associates Realty, LLC<br>PO Box 4065<br>Middletown, NJ 07748 | Michael Visconti<br>12 Brooklyn Terminal Market<br>Brooklyn, NY 11236 |
| DB & Associates Realty, LLC<br>PO Box 4065<br>Middletown, NJ 07748 | Joyce Seddio<br>2333 East 69th Street<br>Brooklyn, NY 11234 |
| DB & Associates Realty, LLC<br>PO Box 4065<br>Middletown, NJ 07748 | FTG Holding Corp.<br>1143 East 82nd Street<br>Brooklyn, NY 11236 |
| DB & Associates Relaty, LLC<br>PO Box 4065<br>Middletown, NJ 07748 | Povfen Partners<br>1111 Marcus Avenue, Suite 407<br>New Hyde Park, NY 11042 |
| DB London KY Realty, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | CertusBank, N.A.<br>c/o Patricia K. Burgess, Esq.<br>Frost Brown Todd LLC<br>250 W. Main Street, Suite 2800<br>Lexington, KY 40507 |
| DB London KY Realty, LLC<br>PO Box 4065<br>Middletown, NJ 07748 | Phoebe Layne<br>360 Shore Road<br>Apt 4E<br>Long Beach, NY 11561 |
| DB London KY Realty, LLC<br>PO Box 4065<br>Middletown, NJ 07748 | Frank Seddio<br>9306 Flatlands Avenue<br>Brooklyn, NY 11236 |

Sheet __1__ of __11__ continuation sheets attached to the Schedule of Codebtors

In re   **Dexter C Bartholomew,**                                          Case No. _____
      **Djenane Bartholomew**

_____ ,
Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DB London KY Realty, LLC**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Golden Resources, LLC**<br>**Attn: Bruce McIntosh**<br>**107A North Killarney Lane**<br>**Richmond, KY 40475** |
| **DB London KY Realty, LLC**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **MaryAnn Camhi**<br>**162-19 88th Street**<br>**Side Door**<br>**Howard Beach, NY 11414** |
| **DB London KY Realty, LLC**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Michael Visconti**<br>**12 Brooklyn Terminal Market**<br>**Brooklyn, NY 11236** |
| **DB London KY Realty, LLC**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Joyce Seddio**<br>**2333 East 69th Street**<br>**Brooklyn, NY 11234** |
| **DB London KY Realty, LLC**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **FTG Holding Corp.**<br>**1143 East 82nd Street**<br>**Brooklyn, NY 11236** |
| **DB Somerset KY Realty, LLC**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Phoebe Layne**<br>**360 Shore Road**<br>**Apt 4E**<br>**Long Beach, NY 11561** |
| **DB Somerset KY Realty, LLC**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Frank Seddio**<br>**9306 Flatlands Avenue**<br>**Brooklyn, NY 11236** |
| **DB Somerset KY Realty, LLC**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Golden Resources, LLC**<br>**Attn: Bruce McIntosh**<br>**107A North Killarney Lane**<br>**Richmond, KY 40475** |
| **DB Somerset KY Realty, LLC**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **MaryAnn Camhi**<br>**162-19 88th Street**<br>**Side Door**<br>**Howard Beach, NY 11414** |
| **DB Somerset KY Realty, LLC**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Michael Visconti**<br>**12 Brooklyn Terminal Market**<br>**Brooklyn, NY 11236** |
| **DB Somerset KY Realty, LLC**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Povfen Partners**<br>**1111 Marcus Avenue, Suite 407**<br>**New Hyde Park, NY 11042** |
| **DB Somerset KY Realty, LLC**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Joyce Seddio**<br>**2333 East 69th Street**<br>**Brooklyn, NY 11234** |

Sheet __2__ of __11__ continuation sheets attached to the Schedule of Codebtors

In re    **Dexter C Bartholomew,**                          Case No. _____

           **Djenane Bartholomew**

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DB Somerset KY Realty, LLC**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **FTG Holding Corp.**<br>**1143 East 82nd Street**<br>**Brooklyn, NY 11236** |
| **DB Somerset KY, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **CertusBank, N.A.**<br>**c/o Patricia K. Burgess, Esq.**<br>**Frost Brown Todd LLC**<br>**250 W. Main Street, Suite 2800**<br>**Lexington, KY 40507** |
| **Frank Seddio**<br>**9306 Flatlands Avenue**<br>**Brooklyn, NY 11236** | **The Bank of Princeton**<br>**c/o Ryan L. DiClemente, Esq.**<br>**Saul Ewing LLP**<br>**650 College Road East, Suite 4000**<br>**Princeton, NJ 08540** |
| **Frank Seddio**<br>**1143 East 92nd Street**<br>**Brooklyn, NY 11234** | **Phoebe Layne**<br>**360 Shore Road**<br>**Apt 4E**<br>**Long Beach, NY 11561** |
| **Frank Seddio**<br>**1143 East 92nd Street**<br>**Brooklyn, NY 11234** | **Fortis Capital, LLC**<br>**45 Main Street**<br>**Brooklyn, NY 11201** |
| **Frank Seddio**<br>**1143 East 92nd Street**<br>**Brooklyn, NY 11234** | **Marie Conde**<br>**126 Laredo Drive**<br>**Morganville, NJ 07751** |
| **Frank Seddio**<br>**1143 East 92nd Street**<br>**Brooklyn, NY 11234** | **Povfen Partners**<br>**1111 Marcus Avenue, Suite 407**<br>**New Hyde Park, NY 11042** |
| **Frank Seddio**<br>**9306 Flatlands Avenue**<br>**Brooklyn, NY 11236** | **Leon and Rita Altschuler**<br>**2258 Henderickson Street**<br>**Brooklyn, NY 11234** |
| **Frank Seddio**<br>**1143 East 92nd Street**<br>**Brooklyn, NY 11234** | **Henry Altschuler**<br>**1803 145th Place, S.E.**<br>**Bellevue, WA 98007** |
| **Frank Seddio**<br>**1143 East 92nd Street**<br>**Brooklyn, NY 11234** | **Mark Altschuler**<br>**655 Middle Country Road**<br>**Unit 2B1**<br>**Coram, NY 11727** |
| **Frank Seddio**<br>**1143 East 92nd Street**<br>**Brooklyn, NY 11234** | **Michael Cannizzo**<br>**1043 Woodrow Road**<br>**Staten Island, NY 10312** |
| **Frank Seddio**<br>**1143 East 92nd Street**<br>**Brooklyn, NY 11234** | **Barbara Sacco**<br>**101-06 4th Avenue, Apt 26D**<br>**Brooklyn, NY 11209** |

Sheet   **3**   of   **11**   continuation sheets attached to the Schedule of Codebtors

In re    **Dexter C Bartholomew,**                                                    Case No. _____
         **Djenane Bartholomew,**

_____,
                                    Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Frank Seddio**<br>**1143 East 92nd Street**<br>**Brooklyn, NY 11234** | **Joyce Seddio**<br>**2333 East 69th Street**<br>**Brooklyn, NY 11234** |
| **Frank Seddio**<br>**1143 East 92nd Street**<br>**Brooklyn, NY 11234** | **FTG Holding Corp.**<br>**1143 East 82nd Street**<br>**Brooklyn, NY 11236** |
| **Frank Seddio**<br>**1143 East 92nd Street**<br>**Brooklyn, NY 11234** | **FTG Holding Corp.**<br>**1143 East 92nd Street**<br>**Brooklyn, NY 11234** |
| **Frank Seddio**<br>**9306 Flatlands Avenue**<br>**Brooklyn, NY 11236** | **Broadstone GC Kentucky, LLC**<br>**c/o Jeremy R. Oliver, Esq.**<br>**Tones Vaisey, PLLC**<br>**155 Clinton Square**<br>**Rochester, NY 14604** |
| **GC Delran NJ, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Cap Rock Services**<br>**4890 Alpha Road**<br>**Suit e200**<br>**Dallas, TX 75244** |
| **GC Delran NJ, LLC**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **2904 Route 130 Delran NJ, LLC**<br>**Attn: Traci L. Ambrosino, Vice President**<br>**4280 Professional Center Drive, Suite 10**<br>**Palm Beach Gardens, FL 33410** |
| **GC Egg Harbor NJ, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **CertusBank, N.A.**<br>**c/o Patricia K. Burgess, Esq.**<br>**Frost Brown Todd LLC**<br>**250 W. Main Street, Suite 2800**<br>**Lexington, KY 40507** |
| **GC Egg Harbor NJ, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Yellowstone Capital, LLC**<br>**160 Pearl Street**<br>**New York, NY 10005** |
| **GC Egg Harbor NJ, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **The Bank of Princeton**<br>**c/o Ryan L. DiClemente, Esq.**<br>**Saul Ewing LLP**<br>**650 College Road East, Suite 4000**<br>**Princeton, NJ 08540** |
| **GC Egg Harbor NJ, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Fortis Capital, LLC**<br>**45 Main Street**<br>**Brooklyn, NY 11201** |
| **GC Egg Harbor NJ, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Leon and Rita Altschuler**<br>**2258 Henderickson Street**<br>**Brooklyn, NY 11234** |

Sheet ___4___ of ___11___ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re    **Dexter C Bartholomew,**
        **Djenane Bartholomew**

                                                  Debtors

Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| GC Egg Harbor NJ, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Henry Altschuler<br>1803 145th Place, S.E.<br>Bellevue, WA 98007 |
| GC Egg Harbor NJ, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Mark Altschuler<br>655 Middle Country Road<br>Unit 2B1<br>Coram, NY 11727 |
| GC Egg Harbor NJ, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Michael Cannizzo<br>1043 Woodrow Road<br>Staten Island, NY 10312 |
| GC Egg Harbor NJ, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Barbara Sacco<br>101-06 4th Avenue, Apt 26D<br>Brooklyn, NY 11209 |
| GC Egg Harbor NJ, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | FTG Holding Corp.<br>1143 East 92nd Street<br>Brooklyn, NY 11234 |
| GC Egg Harbor NJ, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Finish Line Capital, Inc.<br>33 Spruce Hollow Road<br>Green Brook, NJ 08812 |
| GC Egg Harbor NJ, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Allied Capital Management<br>One Corporate Drive<br>Suite 202<br>Bohemia, NY 11716 |
| GC Egg Harbor NJ, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Jai Santoshi Realty, LLC<br>7 Miller Court<br>Moorestown, NJ 08057 |
| GC Egg Harbor NJ, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | ARF Financial, LLC<br>c/o Brian M. Born, Esq.<br>Trumbull & Born, PLLC<br>950 Pacific Avenue, Suit e1050<br>Tacoma, WA 98402 |
| GC Georgetown KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Yellowstone Capital, LLC<br>160 Pearl Street<br>New York, NY 10005 |
| GC Georgetown KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Frank Seddio<br>9306 Flatlands Avenue<br>Brooklyn, NY 11236 |
| GC Georgetown KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Golden Resources, LLC<br>Attn:  Bruce McIntosh<br>107A North Killarney Lane<br>Richmond, KY 40475 |

Sheet __5__ of __11__ continuation sheets attached to the Schedule of Codebtors

In re    **Dexter C Bartholomew,**              Case No. _____
        **Djenane Bartholomew**

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| GC Georgetown KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | MaryAnn Camhi<br>162-19 88th Street<br>Side Door<br>Howard Beach, NY 11414 |
| GC Georgetown KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Michael Visconti<br>12 Brooklyn Terminal Market<br>Brooklyn, NY 11236 |
| GC Georgetown KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Povfen Partners<br>1111 Marcus Avenue, Suite 407<br>New Hyde Park, NY 11042 |
| GC Georgetown KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Joyce Seddio<br>2333 East 69th Street<br>Brooklyn, NY 11234 |
| GC Georgetown KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | FTG Holding Corp.<br>1143 East 82nd Street<br>Brooklyn, NY 11236 |
| GC Georgetown KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Finish Line Capital, Inc.<br>33 Spruce Hollow Road<br>Green Brook, NJ 08812 |
| GC Georgetown KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Jai Santoshi Realty, LLC<br>7 Miller Court<br>Moorestown, NJ 08057 |
| GC Georgetown KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | American Realty Capital Properties, Inc.<br>2325 E. Camelback Road<br>Suite 1100<br>Phoenix, AZ 85016 |
| GC Lexingotn KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Jai Santoshi Realty, LLC<br>7 Miller Court<br>Moorestown, NJ 08057 |
| GC Lexington KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Yellowstone Capital, LLC<br>160 Pearl Street<br>New York, NY 10005 |
| GC Lexington KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Phoebe Layne<br>360 Shore Road<br>Apt 4E<br>Long Beach, NY 11561 |
| GC Lexington KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Frank Seddio<br>9306 Flatlands Avenue<br>Brooklyn, NY 11236 |

Sheet   **6**   of   **11**   continuation sheets attached to the Schedule of Codebtors

In re  **Dexter C Bartholomew,**
       **Djenane Bartholomew**

Case No. _____

_____,

Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| GC Lexington KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Golden Resources, LLC<br>Attn: Bruce McIntosh<br>107A North Killarney Lane<br>Richmond, KY 40475 |
| GC Lexington KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | MaryAnn Camhi<br>162-19 88th Street<br>Side Door<br>Howard Beach, NY 11414 |
| GC Lexington KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Michael Visconti<br>12 Brooklyn Terminal Market<br>Brooklyn, NY 11236 |
| GC Lexington KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Povfen Partners<br>1111 Marcus Avenue, Suite 407<br>New Hyde Park, NY 11042 |
| GC Lexington KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Joyce Seddio<br>2333 East 69th Street<br>Brooklyn, NY 11234 |
| GC Lexington KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | FTG Holding Corp.<br>1143 East 82nd Street<br>Brooklyn, NY 11236 |
| GC Lexington KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Finish Line Capital, Inc.<br>33 Spruce Hollow Road<br>Green Brook, NJ 08812 |
| GC Lexington KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Broadstone GC Kentucky, LLC<br>c/o Jeremy R. Oliver, Esq.<br>Tones Vaisey, PLLC<br>155 Clinton Square<br>Rochester, NY 14604 |
| GC Lexington KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Fora Financial Business Loans, LLC<br>1001 N. 19th Street, Suite 1200<br>Arlington, VA 22209-1710 |
| GC London KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | CertusBank, N.A.<br>c/o Patricia K. Burgess, Esq.<br>Frost Brown Todd LLC<br>250 W. Main Street, Suite 2800<br>Lexington, KY 40507 |
| GC London KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Yellowstone Capital, LLC<br>160 Pearl Street<br>New York, NY 10005 |

Sheet __7__ of __11__ continuation sheets attached to the Schedule of Codebtors

In re    **Dexter C Bartholomew,**                                      Case No. _____
         **Djenane Bartholomew**
_____,
                              Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| GC London KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Phoebe Layne<br>360 Shore Road<br>Apt 4E<br>Long Beach, NY 11561 |
| GC London KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Frank Seddio<br>9306 Flatlands Avenue<br>Brooklyn, NY 11236 |
| GC London KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Golden Resources, LLC<br>Attn:  Bruce McIntosh<br>107A North Killarney Lane<br>Richmond, KY 40475 |
| GC London KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | MaryAnn Camhi<br>162-19 88th Street<br>Side Door<br>Howard Beach, NY 11414 |
| GC London KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Michael Visconti<br>12 Brooklyn Terminal Market<br>Brooklyn, NY 11236 |
| GC London KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Povfen Partners<br>1111 Marcus Avenue, Suite 407<br>New Hyde Park, NY 11042 |
| GC London KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Joyce Seddio<br>2333 East 69th Street<br>Brooklyn, NY 11234 |
| GC London KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | FTG Holding Corp.<br>1143 East 82nd Street<br>Brooklyn, NY 11236 |
| GC London KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Can Capital Merchant Services, Inc.<br>f/k/a AdvanceMe, Inc.<br>2015 Vaughn Road, NW<br>Suite 500<br>Kennesaw, GA 30144 |
| GC London KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Finish Line Capital, Inc.<br>33 Spruce Hollow Road<br>Green Brook, NJ 08812 |
| GC London KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Jai Santoshi Realty, LLC<br>7 Miller Court<br>Moorestown, NJ 08057 |
| GC Nicholasville KY, Inc.<br>PO Box 4065<br>Middletown, NJ 07748 | Yellowstone Capital, LLC<br>160 Pearl Street<br>New York, NY 10005 |

Sheet   __8__   of   __11__   continuation sheets attached to the Schedule of Codebtors

In re    **Dexter C Bartholomew,**                            Case No. _____
         **Djenane Bartholomew**

_____,
                           Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **GC Nicholasville KY, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Phoebe Layne**<br>**360 Shore Road**<br>**Apt 4E**<br>**Long Beach, NY 11561** |
| **GC Nicholasville KY, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Frank Seddio**<br>**9306 Flatlands Avenue**<br>**Brooklyn, NY 11236** |
| **GC Nicholasville KY, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Golden Resources, LLC**<br>**Attn: Bruce McIntosh**<br>**107A North Killarney Lane**<br>**Richmond, KY 40475** |
| **GC Nicholasville KY, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **MaryAnn Camhi**<br>**162-19 88th Street**<br>**Side Door**<br>**Howard Beach, NY 11414** |
| **GC Nicholasville KY, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Michael Visconti**<br>**12 Brooklyn Terminal Market**<br>**Brooklyn, NY 11236** |
| **GC Nicholasville KY, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Povfen Partners**<br>**1111 Marcus Avenue, Suite 407**<br>**New Hyde Park, NY 11042** |
| **GC Nicholasville KY, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Joyce Seddio**<br>**2333 East 69th Street**<br>**Brooklyn, NY 11234** |
| **GC Nicholasville KY, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Jai Santoshi Realty, LLC**<br>**7 Miller Court**<br>**Moorestown, NJ 08057** |
| **GC Nicholasville KY, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **American Realty Capital Properties, Inc.**<br>**2325 E. Camelback Road**<br>**Suite 1100**<br>**Phoenix, AZ 85016** |
| **GC Nicholasville KY,Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **FTG Holding Corp.**<br>**1143 East 82nd Street**<br>**Brooklyn, NY 11236** |
| **GC Somerset KY, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **CertusBank, N.A.**<br>**c/o Patricia K. Burgess, Esq.**<br>**Frost Brown Todd LLC**<br>**250 W. Main Street, Suite 2800**<br>**Lexington, KY 40507** |
| **GC Somerset KY, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Yellowstone Capital, LLC**<br>**160 Pearl Street**<br>**New York, NY 10005** |

Sheet __9__ of __11__ continuation sheets attached to the Schedule of Codebtors

In re    **Dexter C Bartholomew,**                 Case No. _____
         **Djenane Bartholomew**

---

Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **GC Somerset KY, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Phoebe Layne**<br>**360 Shore Road**<br>**Apt 4E**<br>**Long Beach, NY 11561** |
| **GC Somerset KY, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Frank Seddio**<br>**9306 Flatlands Avenue**<br>**Brooklyn, NY 11236** |
| **GC Somerset KY, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Golden Resources, LLC**<br>**Attn: Bruce McIntosh**<br>**107A North Killarney Lane**<br>**Richmond, KY 40475** |
| **GC Somerset KY, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **MaryAnn Camhi**<br>**162-19 88th Street**<br>**Side Door**<br>**Howard Beach, NY 11414** |
| **GC Somerset KY, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Michael Visconti**<br>**12 Brooklyn Terminal Market**<br>**Brooklyn, NY 11236** |
| **GC Somerset KY, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Povfen Partners**<br>**1111 Marcus Avenue, Suite 407**<br>**New Hyde Park, NY 11042** |
| **GC Somerset KY, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Joyce Seddio**<br>**2333 East 69th Street**<br>**Brooklyn, NY 11234** |
| **GC Somerset KY, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **FTG Holding Corp.**<br>**1143 East 82nd Street**<br>**Brooklyn, NY 11236** |
| **GC Somerset KY, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Jai Santoshi Realty, LLC**<br>**7 Miller Court**<br>**Moorestown, NJ 08057** |
| **Golden Corral of Egg Harbor, Inc.**<br>**PO Box 4065**<br>**Middletown, NJ 07748** | **Shore Mall Associates, L.P.**<br>**c/o Cedar Shopping Centers Partnership,**<br>**44 South Bayles Avenue, #304**<br>**Port Washington, NY 11050** |
| **Marie France Conde**<br>**126 Laredo Drive**<br>**Morganville, NJ 07751** | **Let's Yo, LLC**<br>**Attn: Robert Sprechman, CFO**<br>**43 County Road 537 West**<br>**Colts Neck, NJ 07722** |

Sheet __10__ of __11__ continuation sheets attached to the Schedule of Codebtors

In re    **Dexter C Bartholomew,**                                    Case No. _____
     **Djenane Bartholomew,**
_____,
              Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Various entities previously owned by Debtors which are no longer operating.** | **State of New York Civil Enforcement Division Attn. Office of Counsel Building 9, W.A. Harriman Campus Albany, NY 12227** |

Sheet  __11__  of  __11__  continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Dexter C Bartholomew** |
| Debtor 2 (Spouse, if filing) | **Djenane Bartholomew** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I
# Schedule I: Your Income                                                                 12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:       Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | **See attached Rider** | **See attached Rider** |
| Employer's name | | _____ | _____ |
| Employer's address | | _____ | _____ |
| How long employed there? | | _____ | _____ |

## Part 2:       Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ **34,207.93** | $ **9,644.00** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ **0.00** | +$ **0.00** |
| 4. | Calculate gross Income.  Add line 2 + line 3. | 4. | $ **34,207.93** | $ **9,644.00** |

Debtor 1  **Dexter C Bartholomew**
Debtor 2  **Djenane Bartholomew**                                    Case number *(if known)* _____

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | 4. | $ | 34,207.93 | $ 9,644.00 |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 9,457.52 | $ 2,968.19 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 | + $ 0.00 |

**6.** Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.     6.  $ 9,457.52     $ 2,968.19

**7.** Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.  $ 24,750.41     $ 6,675.81

**8.** List all other income regularly received:

8a. Net income from rental property and from operating a business, profession, or farm
Attach a statement for each property and business showing gross receipts, ordinary and necessary monthly expenses, and the total monthly net income.     8a.  $ 0.00     $ 0.00

8b. Interest and dividends     8b.  $ 0.00     $ 0.00

8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.     8c.  $ 0.00     $ 0.00

8d. Unemployment compensation     8d.  $ 0.00     $ 0.00

8e. Social Security     8e.  $ 0.00     $ 0.00

8f. Other government assistance that you regularly receive
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____     8f.  $ 0.00     $ 0.00

8g. Pension or retirement income     8g.  $ 0.00     $ 0.00

8h. Other monthly income. Specify: _____     8h.+  $ 0.00     + $ 0.00

**9.** Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.     9.  $ 0.00     $ 0.00

**10.** Calculate monthly income. Add line 7 + line 9.     10.  $ 24,750.41  + $ 6,675.81  = $ 31,426.22
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____     11.  + $ 0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies     12.  $ 31,426.22

Combined monthly income

**13.** Do you expect an increase or decrease within the year after you file this form?
■ No.
☐ Yes. Explain: _____

**Dexter & Djenane Bartholomew**

**Rider to Schedule I – Income**

<u>Dexter Bartholomew</u>

| | | |
|---|---|---|
| Occupation: | Driver | |
| Employer's Name: | **United Parcel Service** | |
| Employer's Address: | 55 Glenlake Parkway NE, Atlanta, GA 30328 | |
| How long employed: | 25 years | |

| | | |
|---|---|---|
| Monthly gross wages, salary and commissions: | $7,284.81 | |
| Tax, Medicare and Social Security Deductions: | $2,216.02 | |
| Total Monthly Take-Home Pay: | | $5,068.79 |

| | | |
|---|---|---|
| Employer's Name: | **GC Lexington KY, Inc.** | |
| | (Company partially owned | |
| | By Dexter Bartholomew) | |
| Monthly gross wages, salary and commissions: | $3,846.16 | |
| Tax, Medicare and Social Security Deductions: | $1,034.50 | |
| Total Monthly Take-Home Pay: | | $2,811.66 |

| | | |
|---|---|---|
| Employer's Name: | **GC Georgetown KY, Inc.** | |
| | (Company partially owned | |
| | By Dexter Bartholomew) | |
| Monthly gross wages, salary and commissions: | $3,846.16 | |
| Tax, Medicare and Social Security Deductions: | $1,034.50 | |
| Total Monthly Take-Home Pay: | | $2,811.66 |

| | | |
|---|---|---|
| Employer's Name: | **GC Somerset KY, Inc.** | |
| | (Company partially owned | |
| | By Dexter Bartholomew) | |
| Monthly gross wages, salary and commissions: | $3,846.16 | |
| Tax, Medicare and Social Security Deductions: | $1,034.50 | |
| Total Monthly Take-Home Pay: | | $2,811.66 |

| | | |
|---|---|---|
| Employer's Name: | **GC Egg Harbor NJ, Inc.** | |
| | (Company partially owned | |
| | By Dexter Bartholomew) | |
| Monthly gross wages, salary and commissions: | $3,846.16 | |
| Tax, Medicare and Social Security Deductions: | $1,034.50 | |
| Total Monthly Take-Home Pay: | | $2,811.66 |

Employer's Name:       **GC Delran NJ, Inc.**
(Company partially owned
By Dexter Bartholomew)

| | | |
|---|---|---|
| Monthly gross wages, salary and commissions: | $3,846.16 | |
| Tax, Medicare and Social Security Deductions: | $1,034.50 | |
| Total Monthly Take-Home Pay: | | $2,811.66 |

Employer's Name:       **GC Nicholasville KY, Inc.**
(Company partially owned
By Dexter Bartholomew)

| | | |
|---|---|---|
| Monthly gross wages, salary and commissions: | $3,846.16 | |
| Tax, Medicare and Social Security Deductions: | $1,034.50 | |
| Total Monthly Take-Home Pay: | | $2,811.66 |

Employer's Name:       **GC London KY, Inc.**
(Company partially owned
By Dexter Bartholomew)

| | | |
|---|---|---|
| Monthly gross wages, salary and commissions: | $3,846.16 | |
| Tax, Medicare and Social Security Deductions: | $1,034.50 | |
| Total Monthly Take-Home Pay: | | $2,811.66 |

| | | |
|---|---|---|
| **TOTAL MONTHLY GROSS EARNINGS:** | **$34,207.93** | |
| **TOTAL MONTHLY NET EARNINGS:** | | **$24,750.41** |

<u>Djenane Bartholomew</u>

| | |
|---|---|
| Occupation: | Staff Nurse |
| Employer's Name: | **VNSNY Home Care** |
| Employer's Address: | 107 East 70th Street, New York, NY 10021 |
| How long employed: | |

| | | |
|---|---|---|
| Monthly gross wages, salary and commissions: | $6,984.00 | |
| Tax, Medicare and Social Security Deductions: | <u>$2,600.00 (avg)</u> | |
| Total Monthly Take-Home Pay: | | $4,384.00 |

| | |
|---|---|
| Occupation: | Nurse |
| Employer's Name: | **Vitas Healthcare Corp. Atlantic** |
| Employer's Address: | 100 S. Biscayne Boulevard, Suite 1300, Miami, FL 33131 |
| How long employed: | |

| | | |
|---|---|---|
| Monthly gross wages, salary and commissions: | $2,100.00 (Avg.) | |
| Tax, Medicare and Social Security Deductions: | <u>$  322.95</u>  (Avg.) | |
| Total Monthly Take-Home Pay: | | $1,777.05 (Avg.) |

| | |
|---|---|
| Occupation: | Nurse |
| Employer's Name: | **New York Congregational Nursing Center** |
| Employer's Address: | 135 Linden Boulevard, Brooklyn, NY 11226 |
| How long employed: | |

| | | |
|---|---|---|
| Monthly gross wages, salary and commissions: | $560.00 (Avg.) | |
| Tax, Medicare and Social Security Deductions: | <u>$  45.24</u> (Avg.) | |
| Total Monthly Take-Home Pay: | | $514.76 (Avg.) |

| | | |
|---|---|---|
| **TOTAL MONTHLY GROSS EARNINGS:** | **$9,644.00** | |
| **TOTAL MONTHLY NET EARNINGS:** | | **$5,075.81** |

4837-2134-1477, v.  1

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Dexter C Bartholomew** |
| Debtor 2 (Spouse, if filing) | **Djenane Bartholomew** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   　 ■ No
   　 ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.　■ Yes. Fill out this information for each dependent...........

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 7 | ☐ No ■ Yes |
| Daughter | 12 | ☐ No ■ Yes |
| Daughter | 18 | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.　4. $ ___15,327.00

   If not included in line 4:

| | | | |
|---|---|---|---|
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 500.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |

5.  **Additional mortgage payments for your residence,** such as home equity loans　5. $ ___0.00

Debtor 1   **Dexter C Bartholomew** _____
Debtor 2   **Djenane Bartholomew** _____      Case number (if known) _____

| | | | | |
|---|---|---|---|---:|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 1,372.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 200.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. | Other. Specify: **Cable and internet** | 6d. $ | 450.00 |
| | | **Alarm** | $ | 40.00 |
| | | **Garbage collection** | $ | 50.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 2,000.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 2,600.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 1,000.00 |
| 10. | **Personal care products and services** | | 10. $ | 150.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 53.49 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 1,500.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 600.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 300.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 1,800.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 474.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other: Specify: Student Loans** | | 21. +$ | 1,000.00 |
| | | **College Fund** | +$ | 200.00 |
| | | **IRS settlement payment** | +$ | 500.00 |
| | | **Settlement payment with State of KY re: Taxes** | +$ | 1,000.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | 31,116.49 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 31,426.22 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 31,116.49 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 309.73 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.
Explain: _____

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re  **Dexter C Bartholomew**
        **Djenane Bartholomew**                                        Case No. _____

                                              Debtor(s)         Chapter     **11**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**0**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 17, 2015** _____      Signature   **/s/ Dexter C Bartholomew** _____
                                                          **Dexter C Bartholomew**
                                                          Debtor

Date  **July 17, 2015** _____      Signature   **/s/ Djenane Bartholomew** _____
                                                          **Djenane Bartholomew**
                                                          Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of New Jersey

In re    Dexter C Bartholomew                 Case No. _____

Djenane Bartholomew

Debtor(s)          Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2013: To be provided |
| $0.00 | 2014: To be provided. |
| $0.00 | 2015: To be provided. |

---

**2. Income other than from employment or operation of business**

None ■    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

         AMOUNT                  SOURCE

B7 (Official Form 7) (04/13)

---

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or
services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the
aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any
payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under
a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Sears | April 17, 2015 | $500.00 | |
| State Farm Insurance | April 21, 2015 | $717.32 | |
| ARC, RSF/GEMB | April 21, 2015 | $520.00 | |
| ARC, RSF/GEMB | April 21, 2015 | $400.00 | |
| Department of the Treasury Internal Revenue Service Cincinnati, OH 45999-0030 | April 21, 2015 | $500.00 | |
| Navient | April 24, 2015 | $400.00 | |
| Saks Fifth Avenue | April 24, 2015 | $231.33 | |
| JCrew | April 24, 2015 | $199.68 | |
| Macy's | April 24, 2015 | $108.00 | |
| Navient | April 30, 2015 | $600.00 | |
| BMW Financial Services | April 30, 2015 | $475.00 | |
| Midland Insurance | May 1, 2015 | $1,500.00 | |
| ARC, FMS DMS | May 1, 2015 | $1,000.00 | |
| AT&T Mobility | May 1, 2015 | $808.07 | |
| Mercedes-Benz Financial | May 1, 2015 | $558.69 | |
| Capital One | May 1, 2015 | $300.00 | |
| Bloomingdales | May 1, 2015 | $200.00 | |
| Capital One | May 1, 2015 | $200.00 | |
| Dreparment of Revenue | May 13, 2015 | $2,000.00 | |

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **State Farm Insurance** | **May 14, 2015** | **$717.32** | |
| **Navient** | **May 15, 2015** | **$600.00** | |
| **Sears** | **May 19, 2015** | **$500.00** | |
| **State Farm Insurance** | **May 22, 2015** | **$1,846.00** | |
| **Midland Insurance** | **May 22, 2015** | **$1,500.00** | |
| **JCrew** | **My 22, 2015** | **$304.64** | |
| **Macy's** | **May 22, 2015** | **$191.97** | |
| **ARC, FMS, DMS** | **May 26, 2015** | **$1,000.00** | |
| **State Farm Insurance** | **May 29, 2015** | **$826.64** | |
| **AT&T Mobility** | **May 29, 2015** | **$782.51** | |
| **Navient** | **May 29, 2015** | **$400.00** | |
| **Mercedes-Benz Financial Services** | **June 1, 2015** | **$558.00** | |
| **NJ Gas Online** | **June 5, 2015** | **$572.00** | |
| **Mercedes-Benz Financial Services** | **June 5, 2015** | **$558.69** | |
| **BMW Financial Services** | **June 5, 2015** | **$500.00** | |
| **Capital One** | **June 5, 2015** | **$300.00** | |
| **WF Financial** | **June 5, 2015** | **$202.05** | |
| **Bloomingdales** | **June 5, 2015** | **$200.00** | |
| **Capital One** | **June 5, 2015** | **$200.00** | |
| **Internal Revenue Service** | **June 8, 2015** | **$500.00** | |
| **Navient** | **June 9, 2015** | **$400.00** | |
| **Department of Revenue** | **June 10, 2015** | **$1,000.00** | |
| **State Farm Insurance** | **June 16, 2015** | **$717.32** | |
| **Navient** | **June 19, 2015** | **$600.00** | |
| **Sears** | **June 19, 2015** | **$600.00** | |

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Midland Insurance** | **June 19, 2015** | **$311.55** | |
| **Midland Insurance** | **June 19, 2015** | **$205.63** | |
| **JCrew** | **June 26, 2015** | **$648.36** | |
| **Department of the Treasury**<br>**Internal Revenue Service**<br>**Cincinnati, OH 45999-0030** | **June 26, 2015** | **$600.00** | |
| **Macy's** | **June 26, 2015** | **$206.82** | |
| **BMW Financial Services** | **June 30, 2015** | **$449.40** | |
| **Mercedes Benz Financial Services** | **July 1, 2015** | **$558.69** | |
| **Capital One** | **July 3, 2015** | **$300.00** | |
| **WF Financial** | **July 3, 2015** | **$261.33** | |
| **Bloomingdales** | **July 3, 2015** | **$200.00** | |
| **Capital One** | **July 3, 2015** | **$200.00** | |

None   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days**
■    immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such
transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on
account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit
budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other
transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
■    creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐    this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| The Bank of Princeton v. GC Egg Harbor NJ Inc., Dexter Bartholomew and Frank Seddio<br>Docket No. ATL-L-716-15 | Loan Collection | Superior Court of New Jersey<br>Atlantic County/Law Division | Pending |
| Vested Business Brokers Ltd. v. Djenane Bartholomew, Subway 1285 Inc. and Christy Subs, Inc.<br>Index No. 603666/2013 | | Supreme Court of the State of New York<br>County of Nassau | Judgment entered on March 24, 2014. |
| M&T Bank v. Subway 1285 6 Avenue, Inc., Djenane Bartholomew and Sylvia Christy a/ka Sylvia Y. Christy<br>Index No. 802319-2015 | | Supreme Court of the State of New York<br>County of Erie | Judgment filed and docketed July 7, 2015. |
| Route 73 Realty, LLC v. West Berlin Corral NJ, Inc., Djenane Bartholomew, John/Jane Does 1-10 and ABC COrps. 1-10<br>Docket No. L-590-15 | | Superior Court of New Jersey<br>Law Division/Camden County | Pending |
| Holmdel Commons, LLC v. B&C Yo Holmdel NJ, Inc., Eric Casaburi, Djenane Bartholomew and Dexter Bartholomew<br>Docket No. L-1018-15 | Collection of unpaid rent due under lease agreement | Superior Court of New Jersey<br>Law Division/Monmouth County | Pending |
| IOU Central, Inc. v. GC Egg Harbor, NJ, Inc. d/b/a Golden Corral and Dexter Bartholomew<br>File No. 2014-A-309-7 | | State Court of Cobb County<br>State of Georgia | Settled. |
| Pawnee Leasing Corporation, as assignee of Sterling Capital Leasing, LLC v. B&C Yo Barclays NY, Inc. d/b/a Let's Yo Yogurt, Dexter Bartholomew and Sylvia Christy<br>File No. 1398-59 | Non-payment of rent under lease agreement | Supreme Court of the State of New York<br>County of Kings | Pending |
| Brixmor Middletown Plaza Owner, LLC v. B&C Yo Middletown NJ, Inc. t/a Let's Yo Yogurt and Dexter and Djenane Bartholomew and Marie F. Conde<br>Docket No. L-000637-14 | Collection of unpaid rent under lease | Superior Court of New Jersey<br>Law Division/Monmouth County | Pending |
| Carver Federal Savings Bank v. Dexter Bartholomew<br>Index No. 158952/14 | | Supreme Court of the State of New York<br>County of New York | Judgment entered September 12, 2014 |
| Santander Bank N.A., f/k/a Sovereign Bank, N.A. v. REJ II Corp. d/b/a Rejuice-A-Nation, B&C Yo Yo Brick NJ, Inc., Steven Barardo, Harout Dermenjian, Dexter Bartholomew, Tori Enterprises Corporation d/b/a Let's Yo of Holmdel NJ and Eric Casaburi<br>Docket No. BER-L-3691-15 | | Superior Court of New Jersey<br>Law Division/Bergen County | Pending |
| Yellowstone Capital, LLC v. GC Egg Harbor NJ, Inc., et al.<br>Index No. 54766/2015 | Collection | Supreme Court of New York<br>County of Westchester | Judgment entered April 2015. |

B7 (Official Form 7) (04/13)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| CertusBank, N.A. v. GC Somerset KY, Inc., GC London KY, Inc., DB Somerset KY Realty, LLC, DB London KY Realty, LLC, GC Egg Harbor NJ, Inc. f/k/a Golden Corral Egg Harbor NJ, Inc., Dexter and Djenane Bartholomew, Adeline Francois, GE Capital Franchise Finance Corporation, Golden Resources, LLC, County of Pulaski, City of Somerset, County of Laurel, City of London, Meadowbrook Meat Co., Inc., Advantage Group, FLC and Corporation Service Corp. Civil Action No. 15-CI-00171 | Collection action regarding US Small Business Administration loan | Laurel Circuit Court Civil Branch, Division I | Pending |
| Let's Yo, LLC and Let's Yo IP, LLC v. v. Dexter Bartholomew, BYC Yo and Holmdel NJ, Inc. Docket No. L-000174-15 | | Superior Court of New Jersey Law Division/Monmouth County | Pending |
| Harbor Square Mall v. Golden Corral of Egg Harbor NJ, Inc. and Dexter Bartholomew Docket No. LT-000253-15 | Tenancy | Superior Court of New Jersey Law Division/Atlantic County/Special Civil Part | Settled |
| New York State Commissioner of Taxation and Finance against Djenane Bartholomew Income Execution ID No. E-029756025-E023-6 | Income Execution | New York State Department of Taxation and Finance | Pending |

None     b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
☐     preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
      property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
      filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Internal Revenue Service | April 22, 2015 | Levy on Dexter Bartholomew's checking account at TD Bank in the amount of $2,721.54. |
| State of New Jersey | May 29, 2015 | Levy on Dexter Bartholomew's checking account at TD Bank in the amount of $782.21. |
| State of New Jersey | July 8, 2015 | Levy on Dexter Bartholomew's checking account at TD Bank in the amount of $8,471.86, plus levy processing fee of $125.00. |
| State of New York Department of Taxation and Finance Attn: Jeannie Chin 5 Penn Plaza, 12th Floor New York, NY 10001 | | Garnishments of Djenane Bartholomew's Vitas Healthcare Corp. paychecks from May through June 2015 paychecks, totaling $2,227.02 as of June 19, 2015 paycheck. |

**5. Repossessions, foreclosures and returns**

None     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■     returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
      or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
      spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Monmouth Worship Center**<br>**179 Vanderburgh**<br>**Marlboro, NJ 07746** | **Debtors' Church** | **2014-2015** | **$5,400.00** |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Trenk, DiPasquale,**<br>**Della Fera & Sodono, P.C.**<br>**347 Mt. Pleasant Avenue, Suite 300**<br>**West Orange, NJ 07052** | **June 30, 2015** | **$25,000.00** |
| **Trenk, DiPasquale,**<br>**Della Fera & Sodono, P.C.**<br>**347 Mt. Pleasant Avenue, Suite 300**<br>**West Orange, NJ 07052** | **July 14, 2015** | **$10,000.00** |

B7 (Official Form 7) (04/13)

---

**10.  Other transfers**

None
■  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

---

**11.  Closed financial accounts**

None
■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

---

**12.  Safe deposit boxes**

None
■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

**13.  Setoffs**

None
■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

**14.  Property held for another person**

None
■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Bartholomew Enterprises Inc.** | 20-4648761 | | | |
| **GC Georgetown KY, Inc.** | 45-5177255 | **PO Box 4065 Middletown, NJ 07748** | **Owns and operates Golden Corral Restaurant at 100 Ikebana Path Road, Georgetown, KY** | |
| **GC Nicholasville KY, Inc.** | 45-5178853 | **PO Box 4065 Middletown, NJ 07748** | **Owns and operates Golden Corral Restaurant at 110 Retail Road, Nicholasville, KY** | |
| **GC London KY, Inc.** | 45-5179305 | **PO Box 4065 Middletown, NJ 07748** | **Owns and operates Golden Corral Restaurant at 204 Kings Way, London, KY** | |
| **GC Somerset KY, Inc.** | 45-5185704 | **PO Box 4065 Middletown, NJ 07748** | **Owns and operates Golden Corral Restaurant at 2020 South Highway 27, Somerset, KY** | |
| **GC Lexington KY, Inc.** | 45-5177864 | **PO Box 4065 Middletown, NJ 07748** | **Owns and operates Golden Corral Restaurant at 185 East New Circle Road, Lexington, KY** | |
| **GC Delran NJ, Inc.** | 47-1162518 | **1890 Star Shoot Parkway Suite 170-105 Lexington, KY 40509** | **Owns and operates Golden Corral Restaurant** | |
| **DB London KY Realty, LLC** | | | | |
| **DB Somerset KY Realty, LLC** | | | | |
| **GC Egg Harbor NJ, Inc.** | 27-0814398 | **PO Box 4065 Middletown, NJ 07748** | **Owns and operates Golden Corral Restaurant at 6725 Black Horse Pike Egg Harbor Twp., NJ** | |

B7 (Official Form 7) (04/13)

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| DB Dining Restaurant Group, LLC | 47-1116338 | 22 Cortlandt Street Suite 1619 New York, NY 10007 | | |
| On Site Life Care | | | Homecare agency (license pending) | |
| Bartholomew Foods IV. Corp. | 20-1736153 | | | |
| Bartholomew Chicken & Biscuts, Inc. | 20-4649243 | | | |
| Bartholomew Chicken & Biscuits II, Inc. | 20-4649318 | | | |
| Bartholomew Chicken & Biscuits III, Inc. | 20-4973939 | | | |
| Bartholomew Foods V, Inc. | 20-5074194 | | | |
| Bartholomew Foods Six, Inc. | 20-5245936 | | | |
| DD Donuts, Inc. | 20-5074234 | | | |
| DD Subs, Inc. | 20-5074261 | | | |
| K&D Chicken, Inc. | 20-5074284 | | | |
| Bartholomew Foods II Corp. | 20-1378577 | | | |
| Bartholomew Foods, Inc. | 56-2397297 | | | |
| Urban City Dough | 35-2241962 | | | |
| Bartholomew Chicken | 20-4474620 | | | |
| DB Donuts, Inc. | 20-8448058 | | | |
| DB Donuts II, Inc. | 20-8448512 | | | |
| Bartholomew Foods III Corp. | 20-1378633 | | | |
| DB Donuts IV, Inc. | 26-0687294 | | | |
| DB Donuts V, Inc. | 26-0687310 | | | |
| DB Donuts VI, Inc. | 26-0687324 | | | |
| DB Chicken Corp. | | | | |
| Subway 1285 6th Ave., Inc. | 27-0890252 | | Own/operate Subway store. | |
| Bartholomew Foods, LLC | 26-1398453 | | | |
| B&C Yo Brick NJ, Inc. | 45-5213568 | | Own/operate Let's Yo yogurt store. | |

B7 (Official Form 7) (04/13)

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **B&C Yo Barclays NY, Inc.** | **46-1946409** | | **Own/operate Let's Yo yogurt store.** | |
| **B&C Yo Colts Neck NJ, Inc.** | **46-2865870** | | **Own/operate Let's Yo yogurt store.** | |
| **B&C Yo Lacey NJ, Inc.** | **45-5234441** | | **Own/operate Let's Yo yogurt store.** | |
| **B&C Middletown NJ, Inc.** | **46-2873337** | | **Own/operate Let's Yo yogurt store.** | |
| **B&C Yo Manahawkin NJ, Inc.** | **46-2887308** | | **Own/operate Let's Yo yogurt store.** | |
| **B&C Yo Holmdel NJ, Inc.** | **36-3556474** | | **Own/operate Let's Yo yogurt store.** | |

None ■     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

B7 (Official Form 7) (04/13)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **July 17, 2015**                       Signature    **/s/ Dexter C Bartholomew**
                                                           **Dexter C Bartholomew**
                                                           Debtor

Date  **July 17, 2015**                       Signature    **/s/ Djenane Bartholomew**
                                                           **Djenane Bartholomew**
                                                           Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

Form B 201A, Notice to Consumer Debtor(s)

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### District of New Jersey

In re    **Dexter C Bartholomew**
      **Djenane Bartholomew**       Case No. _____

           Debtor(s)       Chapter    **11** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Dexter C Bartholomew** | X _/s/ Dexter C Bartholomew_     **July 17, 2015** |
| **Djenane Bartholomew** | |
| Printed Name(s) of Debtor(s) | Signature of Debtor         Date |
| | |
| Case No. (if known) _____ | X _/s/ Djenane Bartholomew_     **July 17, 2015** |
| | Signature of Joint Debtor (if any)    Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

## United States Bankruptcy Court
### District of New Jersey

In re   Dexter C Bartholomew
     Djenane Bartholomew

Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **July 17, 2015**

**/s/ Dexter C Bartholomew**
**Dexter C Bartholomew**
Signature of Debtor

Date:   **July 17, 2015**

**/s/ Djenane Bartholomew**
**Djenane Bartholomew**
Signature of Debtor

Bartholomew Matrix.txt

24 Realty, LLC
c/o Dante M. Alfieri, Esq.
Cleary, Giacobbe, Alfieri, Jacobs, LLC
5 Ravine Drive
Matawan, NJ 07747


2904 Route 130 Delran NJ, LLC
Attn: Traci L. Ambrosino, Vice President
4280 Professional Center Drive, Suite 10
Palm Beach Gardens, FL 33410


2904 Route 130 Delran NJ, LLC
c/o Joseph Schramm,III, Esq.
Fox Rothschild LLP
997 Lenox Drive, Building 3
Lawrence Township, NJ 08648-2311


Adeline Francois
23 Dora Lane
Holmdel, NJ 07733


Allied Capital Management
One Corporate Drive
Suite 202
Bohemia, NY 11716


American Realty Capital Properties, Inc.
2325 E. Camelback Road
Suite 1100
Phoenix, AZ 85016


American Realty Capital Properties, Inc.
c/o Lisa M. Peters, Esq.
Kutas Rock LLP
1650 Farnam Street
Omaha, NE 68102


ARF Financial, LLC
c/o Brian M. Born, Esq.
Trumbull & Born, PLLC
950 Pacific Avenue, Suit e1050
Tacoma, WA 98402


B&C Yo Middletown NJ, Inc.
23 Dora Lane
Holmdel, NJ 07733


Bank of America
PO Box 15284
Wilmington, DE 19850


Barbara Sacco
101-06 4th Avenue, Apt 26D

Bartholomew Matrix.txt

Brooklyn, NY 11209


Bartholomew Enterprise, Inc.
23 Dora Lane
Holmdel, NJ 07733


BCB Bank
110 Avenue C
Bayonne, NJ 07002


BMW Financial Services
Attn:  Customer Correspondence
PO Box 3608
Dublin, OH 43016-0306


Brixmor Middletown Plaza Owner, LLC
c/o Peter A. Lesser, Esq.
Sirlin Lessner & Benson, P.C.


Broadstone GC Kentucky, LLC
c/o Jeremy R. Oliver, Esq.
Tones Vaisey, PLLC
155 Clinton Square
Rochester, NY 14604


Business Tax Collections
Division of Collections
Department of Revenue
501 High Street
Frankfort, KY 40601


Can Capital Merchant Services, Inc.
f/k/a AdvanceMe, Inc.
2015 Vaughn Road, NW
Suite 500
Kennesaw, GA 30144


Cap Rock Services
4890 Alpha Road
Suit e200
Dallas, TX 75244


Carver Federal Savings Bank
c/o Scott D. Chait, Esq.
Peretore & Peretore, P.C.
191 Woodport Road
Sparta, NJ 07871


CertusBank, N.A.
c/o Patricia K. Burgess, Esq.
Frost Brown Todd LLC
250 W. Main Street, Suite 2800
Lexington, KY 40507

Bartholomew Matrix.txt

CertusBank, N.A.
100 Tom Reeve Drive
Carrollton, GA 30117


Commonwealth of Kentucky
Deaprtment of Revenue
501 High Street
PO Box 491
Frankfort, KY 40602


DB & Associates Realty, LLC
PO Box 4065
Middletown, NJ 07748


DB London KY Realty, Inc.
PO Box 4065
Middletown, NJ 07748


DB Somerset KY, Inc.
PO Box 4065
Middletown, NJ 07748


Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0030


Division of Taxation
124 Halsey Street
Second Floor
Newark, NJ 07102


Eric Casuburi
4 Michaels Way
Colts Neck, NJ 07722


Finish Line Capital, Inc.
33 Spruce Hollow Road
Green Brook, NJ 08812


Fora Financial Business Loans, LLC
1001 N. 19th Street, Suite 1200
Arlington, VA 22209-1710


Fortis Capital, LLC
45 Main Street
Brooklyn, NY 11201


Frank Seddio
9306 Flatlands Avenue
Brooklyn, NY 11236

Bartholomew Matrix.txt

FTG Holding Corp.
1143 East 92nd Street
Brooklyn, NY 11234


GC Delran NJ, Inc.
PO Box 4065
Middletown, NJ 07748


GC Egg Harbor NJ, Inc.
PO Box 4065
Middletown, NJ 07748


GC Georgetown KY, Inc.
PO Box 4065
Middletown, NJ 07748


GC Lexingotn KY, Inc.
PO Box 4065
Middletown, NJ 07748


GC London KY, Inc.
PO Box 4065
Middletown, NJ 07748


GC Nicholasville KY, Inc.
PO Box 4065
Middletown, NJ 07748


GC Somerset KY, Inc.
PO Box 4065
Middletown, NJ 07748


Golden Corral Franchsing Systems, Inc.
Attn:  General Counsel
5151 Glenwood Avenue, Suite 300
PO Box 29502
Raleigh, NC 27626


Golden Corral of Egg Harbor, Inc.
PO Box 4065
Middletown, NJ 07748


Golden Resources, LLC
Attn:  Bruce McIntosh
107A North Killarney Lane
Richmond, KY 40475


Henry Altschuler
1803 145th Place, S.E.
Bellevue, WA 98007

Bartholomew Matrix.txt


Holmdel Commons, LLC
c/o Michael J. Fekete, Esq.
Dilworth Paxson LLP
457 Haddonfield Road, Suite 700
Cherry Hill, NJ 08002


Hyundai Capital America
PO Box 20835
Fountain Valley, CA 92728


Internal Revenue Service
Special Procedures Branch
Attn:  Bankruptcy Section
PO Box 744
Springfield, NJ 07081-0744


Internal Revenue Service
Attn:  District Director
955 South Springfield Avenue
Springfield, NJ 07081


Internal Revenue Service
c/o United States Attorney
970 Broad Street
Fifth Floor
Newark, NJ 07102


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
290 Broadway
14th Floor
New York, NY 10007


Internal Revenue Service
Attn:  S. Savarese, Revenue Officer
200 Federal Plaza
Third Floor
Paterson, NJ 07505


Internal Revenue Service
Attn:  Margaret A. Hallecks
5218 Atlantic Avenue
Mays Landing, NJ 08330-2003


Internal Revneue Service
Office of Chief Counsel
SB/SE Division Counsel
One Newark Center, Suite 1500
Newark, NJ 07102

Bartholomew Matrix.txt

IOU Central, Inc.
c/o Jeff Joyce, Esq.
Joyce Childers, LLP
PO Box 550291
Atlanta, GA 30355


Jai Santoshi Realty, LLC
7 Miller Court
Moorestown, NJ 08057


James and Victoria Wilson
c/o Keith Casella, Esq.
Kurt T. Richards, PC
1200 South Avenue, Suite 201
Staten Island, NY 10314


Joe Vasile
5009 Avenue N
Brooklyn, NY 11234


John T. Bazzuro, Esq.
Law Offices of John T. Bazzuro, LLC
200 Meco Drive
Millstone Township, NJ 08535


Joyce Seddio
2333 East 69th Street
Brooklyn, NY 11234


Kentucky Department of Revenue
Legal Branch - Bankruptcy Section
PO Box 5222
Frankfort, KY 40602


Leon and Rita Altschuler
2258 Henderickson Street
Brooklyn, NY 11234


Let's Yo, LLC
Attn:  Robert Sprechman, CFO
43 County Road 537 West
Colts Neck, NJ 07722


Let's Yo, LLC
c/o Justin M. Klein, Esq.
Marks & Klein LLP
63 Riverside Avenue
Red Bank, NJ 07701


Local 804 FCU
3421 Review Avenue

Page 6

Bartholomew Matrix.txt

Long Island City, NY 11101

M&T Bank
c/o Richard J. Biryla, Esq.
800 Rand Building
14 Lafayette Square
Buffalo, NY 14203

M&T Bank
One Fountain Plaza
Fourth Floor
Buffalo, NY 14203

Marie France Conde
126 Laredo Drive
Morganville, NJ 07751

Mark Altschuler
655 Middle Country Road
Unit 2B1
Coram, NY 11727

MaryAnn Camhi
162-19 88th Street
Side Door
Howard Beach, NY 11414

Mercedes Benz Financial Services
13650 Heritage Valley Parkway
Fort Worth, TX 76177

Metropolitan Life Insurance Company
Attn:  Customer Service
Corporate Commons Two
2 Teleport Drive, Suite 300
Staten Island, NY 10311

Michael Cannizzo
1043 Woodrow Road
Staten Island, NY 10312

Michael Visconti
12 Brooklyn Terminal Market
Brooklyn, NY 11236

Midland National Life Insurance Company
One Sammons Plaza
Sioux Falls, SD 57193

Navient
PO Box 9655
Wilkes Barre, PA 18773

Bartholomew Matrix.txt

New Jersey Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245


New York State
Department of Taxation and Finance
Civil Enforcement Division
W. A. Harriman Campus
Albany, NY 12227-0841


New York State
Department of Taxation and Finance
Attn: Jeannie Chin
5 Penn Plaza, 12th Floor
New York, NY 10001


NJ Divison of Taxation
Attn: William Pena
Neptune Investigation D
1828 West Lake Avenue, Third Floor
Neptune, NJ 07753


NJ Treasury Department
Office of Criminal Investigation
Attn: Donald Krulewicz, Investigator
3444 Quakerbridge Road, Bldg. 9, 3rd Fl.
Mercerville, NJ 08619


NY State Department of Tax and Finance
Bureau of Conciliation and Mediation Svc
Attn: Steven Saskin
15 MetroTech Center, Fifth Floor
Brooklyn, NY 11201-3826


Office of the Attorney General
Division of Law
PO Box 080
Trenton, NJ 08625-0080


Office of the Attorney General
700 Capitol Avenue
Suite 118
Frankfort, KY 40601-3449


Office of the Attorney General
The Capitol
Albany, NY 12224-0341


Office of the Attorney General
New York City Office
120 Broadway

Bartholomew Matrix.txt

New York, NY 10271-8000


Pawnee Leasing Corporation
c/o Daniel B. Fix, Esq.
Platzer, Swergold, Levine, et al.
475 Park Avenue South, 18th Floor
New York, NY 10016


Phoebe Layne
360 Shore Road
Apt 4E
Long Beach, NY 11561


Povfen Partners
1111 Marcus Avenue, Suite 407
New Hyde Park, NY 11042


Route 73 Realty, LLC
c/o Thomas J. Hagner, Esq.
Hagner & Zohlman, LLC
57 Kresson Road
Cherry Hill, NJ 08034


Sallie Mae
PO Box 3319
Wilmington, DE 19804-4319


Santander Bank
c/o Janet B. Romano, Esq.
Romano & Romano
573 Bloomfield Avenue
Verona, NJ 07044


Santander Bank
430 State Route 10
Randolph, NJ 07869


Shore Mall Associates, L.P.
c/o Cedar Shopping Centers Partnership,
44 South Bayles Avenue, #304
Port Washington, NY 11050


State of New Jersey
Division of Taxation
Federal Offset Program
PO Box 283
Trenton, NJ 08695-0283


State of New Jersey
Division of Taxation
Sales & Use Tax
PO Box 999
Trenton, NJ 08625

Bartholomew Matrix.txt

State of New Jersey
Division of Taxation - GIT
50 Barrack Street
PO Box 269
Trenton, NJ 08625


State of New Jersey
Department of Labor
Attn:  Stanley A. Cooper
PO Box 379
Trenton, NJ 08625


State of New York
Civil Enforcement Division
Attn. Office of Counsel
Building 9, W.A. Harriman Campus
Albany, NY 12227


SunTrust Mortgage
PO Box 79041
Baltimore, MD 21279-0041


SunTrust Mortgage, Inc.
Attn:  Client Services - RVW 3003
PO Box 26149
Richmond, VA 23260-6149


SunTrust Mortgage, Inc.
1001 Semmes Avenue
Richmond, VA 23224-2245


SunTrust Mortgage, Inc.
c/o National Creditors Connection, Inc.
14 Orchard Road
Suite 200
Lake Forest, CA 92630


Tax Collector
Township of Holmdel
4 Crawfords Corner Road
Holmdel, NJ 07733


The Bank of Princeton
c/o Ryan L. DiClemente, Esq.
Saul Ewing LLP
650 College Road East, Suite 4000
Princeton, NJ 08540


The Bank of Princeton
403 Wall Street
Princeton, NJ 08540

Bartholomew Matrix.txt

The Honorable Loretty E. Lynch
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Timepayment Corp.
16 NE Executive Office Park
Suite 200
Burlington, MA 01803


US Small Business Administration
c/o ConServe
200 Cross Keys Office Park
Fairport, NY 14450


Vested Business Brokers, Ltd.
c/o Svetlana Minevich, Esq.
200 Garden City Plaza
Suite 500
Garden City, NY 11530


Yellowstone Capital
c/o Vadim Serebro, Esq.
PO Box 1511
New York, NY 10268


Yellowstone Capital, LLC
160 Pearl Street
New York, NY 10005

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Dexter C Bartholomew** |
| Debtor 2 (Spouse, if filing) | **Djenane Bartholomew** |
| United States Bankruptcy Court for the: | District of New Jersey |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 22B
## Chapter 11 Statement of Your Current Monthly Income

12/14

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).

| **Part 1:** | Calculate Your Average Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ■ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 34,207.93 | $ 9,644.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |
| 5. | **Net income from operating a business, profession, or farm**<br>Gross receipts (before all deductions)       $ 0.00<br>Ordinary and necessary operating expenses   -$ 0.00<br>Net monthly income from a business, profession, or farm $ 0.00 Copy here -> | $ 0.00 | $ 0.00 |
| 6. | **Net income from rental and other real property**<br>Gross receipts (before all deductions)       $ 0.00<br>Ordinary and necessary operating expenses   -$ 0.00<br>Net monthly income from rental or other real property $ 0.00 Copy here -> | $ 0.00 | $ 0.00 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Dexter C Bartholomew**
Debtor 2   **Djenane Bartholomew** _____   Case number (*if known*) _____

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ _____ 0.00 | $ _____ 0.00 |
| 8. | **Unemployment compensation** | $ _____ 0.00 | $ _____ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you          $ _____ 0.00
For your spouse  $ _____ 0.00

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.          $ _____ 0.00   $ _____ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

10a. _____   $ _____   $ _____
10b. _____   $ _____ 0.00   $ _____ 0.00
10c. Total amounts from separate pages, if any.   + $ _____ 0.00   $ _____ 0.00

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ __34,207.93__   + $ __9,644.00__   = $ __43,851.93__

**Total current monthly income**

| **Part 2:** | Deduct any applicable marital adjustment |
|---|---|

12. **Copy your total average monthly income from Line 11.**          $ __43,851.93__

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 in line 13d.

☑ You are married and your spouse is filing with you. Fill in 0 in line 13d.

☐ You are married and your spouse is NOT filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 on line 13 d.

13a. _____   $ _____
13b. _____   $ _____
13c. _____   + $ _____

13d. Total          $ _____          Copy here. => 13d. − _____ 0.00

14. **Your current monthly income.** Subtract line 13d from line 12.          14. $ __43,851.93__

| Debtor 1 | Dexter C Bartholomew |
|---|---|
| Debtor 2 | Djenane Bartholomew |

Case number (*if known*) _____

---

**Part 3:**     **Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X  **/s/ Dexter C Bartholomew**                              X  **/s/ Djenane Bartholomew**
   **Dexter C Bartholomew**                                        **Djenane Bartholomew**
   Signature of Debtor 1                                              Signature of Debtor 2

Date  **July 17, 2015**                                   Date  **July 17, 2015**
      MM / DD  / YYYY                                            MM / DD  / YYYY

---

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com