**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

In re: BARTHOLOMEW, DEXTER C.  § Case No. 15-23509-CMG
     BARTHOLOMEW, DJENANE  §
                                      §
                                      §
       Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

      John M. McDonnell, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned: $325,714.22 | | Assets Exempt: $114,368.67 |
| *(without deducting any secured claims)* | | |
| Total Distributions to Claimants: $0.00 | | Claims Discharged Without Payment: $24,110,235.00 |
| Total Expenses of Administration: $42,500.00 | | |

      3) Total gross receipts of $42,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $42,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $6,728,568.65 | $13,913,859.16 | $1,020,779.48 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $87,003.47 | $42,500.00 | $42,500.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $94,778.77 | $94,778.77 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $880,471.75 | $3,332,621.41 | $2,008,452.05 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $11,005,755.30 | $13,370,319.68 | $13,104,479.70 | $0.00 |
| **TOTAL DISBURSEMENTS** | $18,614,795.70 | $30,798,582.49 | $16,270,990.00 | $42,500.00 |

4) This case was originally filed under chapter 7 on 07/17/2015, and it was converted to chapter 7 on 01/20/2016.  The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    12/04/2018          By: /s/ John M McDonnell

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| OBJECTION TO DISCHARGE AND TURNOVER LITIGATION  (Adv Proc No. 16-01783) | 1249-000 | $42,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$42,500.00** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S-5 | Internal Revenue Service | 4300-000 | NA | $32,638.28 | $32,638.28 | $0.00 |
| 5-S | New York State Dept. of Taxation and Finance | 4800-000 | NA | $543,649.66 | $543,649.66 | $0.00 |
| 9 | State of New Jersey Division of Taxation | 4800-000 | NA | $14,071.57 | $14,071.57 | $0.00 |
| 14 | ARF Financial, LLC | 4210-000 | NA | $350,307.72 | $350,307.72 | $0.00 |
| 16 | Santander Bank | 4210-000 | NA | $80,112.25 | $80,112.25 | $0.00 |
| 28 | BankUnited, N.A. | 4110-000 | NA | $8,901,739.73 | $0.00 | $0.00 |
| 32 | BMW Financial Services NA, LLC | 4210-000 | NA | $31,079.90 | $0.00 | $0.00 |
| 34 | Golden Resources LLC | 4110-000 | NA | $1,571,687.93 | $0.00 | $0.00 |
| 36 | Daimler Trust | 4210-000 | NA | $8,422.00 | $0.00 | $0.00 |
| 40 | Sun Trust Mortgage, Inc. | 4110-000 | NA | $2,380,150.12 | $0.00 | $0.00 |
| N/F | CertusBank, N.A. | 4110-000 | $0.00 | NA | NA | NA |
| N/F | CertusBank, N.A. c/o Patricia K. Burgess, Esq. | 4110-000 | $4,225,000.00 | NA | NA | NA |
| N/F | Local 804 FCU | 4110-000 | $75,922.00 | NA | NA | NA |
| N/F | Metropolitan Life Insurance COmpany Corporate Commons Two | 4110-000 | $46,826.00 | NA | NA | NA |
| N/F | Metropolitan Life Insurance Company | 4110-000 | $19,699.00 | NA | NA | NA |
| N/F | Metropolitan Life Insurance Company Corporate Commons Two | 4110-000 | $4,213.00 | NA | NA | NA |
| N/F | Midland National Life Insurance Company | 4110-000 | $6,211.55 | NA | NA | NA |
| N/F | Midland National Life Insurance Company | 4110-000 | $6,211.55 | NA | NA | NA |
| N/F | SunTrust Mortgage | 4110-000 | $2,344,485.55 | NA | NA | NA |
| N/F | SunTrust Mortgage, Inc. | 4110-000 | $0.00 | NA | NA | NA |
| N/F | SunTrust Mortgage, Inc. | 4110-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | SunTrust Mortgage, Inc. c/o National Creditors Connection, | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Tax Collector Township of Holmdel | 4110-000 | $0.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$6,728,568.65** | **$13,913,859.16** | **$1,020,779.48** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - John M. McDonnell | 2100-000 | NA | $5,000.00 | $5,000.00 | $5,000.00 |
| Trustee, Expenses - John M. McDonnell | 2200-000 | NA | $98.00 | $98.00 | $98.00 |
| Attorney for Trustee Fees - McDonnell Crowley, LLC | 3110-000 | NA | $41,422.25 | $17,248.13 | $17,248.13 |
| Attorney for Trustee, Expenses - McDonnell Crowley, LLC | 3120-000 | NA | $785.23 | $785.23 | $785.23 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $1,050.00 | $1,050.00 | $1,050.00 |
| Fees, United States Trustee | 2950-000 | NA | $2,600.00 | $2,600.00 | $2,600.00 |
| Bond Payments - International Sureties, LLTD | 2300-000 | NA | $5.95 | $5.95 | $5.95 |
| Costs to Secure/Maintain Property - Midland National Life Insurance Company | 2420-000 | NA | $374.90 | $374.90 | $374.90 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $294.67 | $294.67 | $294.67 |
| Accountant for Trustee Fees (Other Firm) - Bederson and Company | 3410-000 | NA | $34,363.50 | $14,034.15 | $14,034.15 |
| Accountant for Trustee Expenses (Other Firm) - Bederson and Company | 3420-000 | NA | $151.47 | $151.47 | $151.47 |
| Arbitrator/Mediator for Trustee Fees - Peter Broege | 3721-000 | NA | $857.50 | $857.50 | $857.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$87,003.47** | **$42,500.00** | **$42,500.00** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - Gino Mallamaci, CPA | 6410-000 | NA | $9,737.50 | $9,737.50 | $0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - Trenk DiPasquale Della Fera & Sondono, P.C. | 6210-000 | NA | $81,000.00 | $81,000.00 | $0.00 |
| Prior Chapter Attorney for Trustee/DIP Expenses (Other Firm) - Trenk DiPasquale Della Fera & Sondono, P.C. | 6220-000 | NA | $4,041.27 | $4,041.27 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$94,778.77** | **$94,778.77** | **$0.00** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P-5 | Internal Revenue Service | 5800-000 | NA | $110,393.06 | $110,393.06 | $0.00 |
| 5-P | New York State Dept. of Taxation and Finance | 5800-000 | NA | $8,793.97 | $8,793.97 | $0.00 |
| 8 | State of New Jersey Division of Taxation | 5800-000 | NA | $451,946.72 | $451,946.72 | $0.00 |
| 21-P | KENTUCKY DEPARTMENT OF REVENUE | 5800-000 | NA | $426,803.49 | $0.00 | $0.00 |
| 42-P | Kentucky Department of Revenue | 5800-000 | NA | $744,914.98 | $744,914.98 | $0.00 |
| 47-P | Kentucky Dept. of Revenue | 5800-000 | NA | $692,403.32 | $692,403.32 | $0.00 |
| 50 | Commonwealth of Kentucky | 5800-000 | NA | $897,365.87 | $0.00 | $0.00 |
| N/F | Business Tax Collections Division of Collections | 5600-000 | NA | NA | NA | NA |
| N/F | Commonwealth of Kentucky Department of Revenue | 5600-000 | $125,813.34 | NA | NA | NA |
| N/F | Department of the Treasury | 5600-000 | $4,214.79 | NA | NA | NA |
| N/F | Division of Taxation | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $43,005.57 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | NA | NA | NA | NA |

| | | | | | | |
|------|------------------------------------------------|----------|-------------|----|----|----|
| N/F | Internal Revenue Service | 5600-000 | $11,339.16 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service Special Procedures Branch | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service c/o United States Attorney | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revneue Service Office of Chief Counsel | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Kentucky Department of Revenue Legal Branch | 5600-000 | $0.00 | NA | NA | NA |
| N/F | NJ Divison of Taxation, Attn: William Pena | 5600-000 | $0.00 | NA | NA | NA |
| N/F | NJ Treasury Department Office of Criminal Investigation | 5600-000 | NA | NA | NA | NA |
| N/F | NY State Department of Tax and Finance | 5600-000 | NA | NA | NA | NA |
| N/F | Navient | 5600-000 | $29,156.00 | NA | NA | NA |
| N/F | Navient | 5600-000 | $82,000.00 | NA | NA | NA |
| N/F | New Jersey Division of Taxation Bankruptcy Section | 5600-000 | $0.00 | NA | NA | NA |
| N/F | New York State Department of Taxation and Finance | 5600-000 | NA | NA | NA | NA |
| N/F | New York State Department of Taxation and Finance | 5600-000 | NA | NA | NA | NA |
| N/F | Office of the Attorney General | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Office of the Attorney General | 5600-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Office of the Attorney General Division of Law | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Office of the Attorney General New York City Office | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Sallie Mae | 5600-000 | $28,000.00 | NA | NA | NA |
| N/F | State of New Jersey Department of Labor | 5600-000 | $0.00 | NA | NA | NA |
| N/F | State of New Jersey Division of Taxation | 5600-000 | $0.00 | NA | NA | NA |
| N/F | State of New Jersey Division of Taxation | 5600-000 | $16,169.77 | NA | NA | NA |
| N/F | State of New Jersey Division of Taxation GIT | 5600-000 | $0.00 | NA | NA | NA |
| N/F | State of New York Civil Enforcement Division | 5600-000 | $540,773.12 | NA | NA | NA |
| N/F | The Honorable Loretty E. Lynch Attorney General of the Unite | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$880,471.75** | **$3,332,621.41** | **$2,008,452.05** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Brixmor Middletown Plaza Owner LLC | 7100-000 | NA | $140,000.00 | $140,000.00 | $0.00 |
| 3 | Navient Solutions, Inc. | 7100-000 | NA | $65,504.30 | $65,504.30 | $0.00 |
| 4 | Navient Solutions, Inc. | 7100-000 | NA | $28,584.25 | $28,584.25 | $0.00 |
| 5-U | New York State Dept. of Taxation and Finance | 7100-000 | NA | $1,892.29 | $1,892.29 | $0.00 |
| 6 | M&T BANK | 7100-000 | NA | $9,290.21 | $9,290.21 | $0.00 |
| 7 | Pawnee Leasing Corporation | 7100-000 | NA | $51,087.74 | $51,087.74 | $0.00 |
| 10 | Route 73 Realty, LLC | 7100-000 | NA | $284,000.00 | $284,000.00 | $0.00 |
| 11 | Capital One Bank (USA), N.A. | 7100-000 | NA | $1,233.94 | $1,233.94 | $0.00 |
| 12 | Wells Fargo Bank, N.A. | 7100-000 | NA | $545.42 | $545.42 | $0.00 |
| 13 | The Bank of Princeton | 7100-000 | NA | $2,683,447.60 | $2,683,447.60 | $0.00 |
| 15 | Holmdel Commons, LLC | 7100-000 | NA | $237,499.15 | $237,499.15 | $0.00 |
| 17 | Pawnee Leasing Corporation | 7100-000 | NA | $6,382.36 | $6,382.36 | $0.00 |
| 18 | MUNICIPAL CREDIT UNION | 7100-000 | NA | $7,946.24 | $7,946.24 | $0.00 |
| 19 | Vested Business Brokers, Ltd. | 7100-000 | NA | $50,077.33 | $50,077.33 | $0.00 |
| 20 | Joseph R. Vasile | 7100-000 | NA | $113,395.54 | $113,395.54 | $0.00 |
| 21-U | KENTUCKY DEPARTMENT OF REVENUE | 7100-000 | NA | $105,369.75 | $0.00 | $0.00 |

| 22 | Hyundai Lease Titling Trust | 7100-000 | NA | $1,235.01 | $1,235.01 | $0.00 |
| 23 | Hyundai Lease Titling Trust | 7100-000 | NA | $1,192.91 | $1,192.91 | $0.00 |
| 24 | Hyundai Lease Titling Trust | 7100-000 | NA | $3,091.41 | $3,091.41 | $0.00 |
| 25 | Hyundai Lease Titling Trust | 7100-000 | NA | $2,875.86 | $2,875.86 | $0.00 |
| 26 | Carver Federal Savings Bank | 7100-000 | NA | $160,470.23 | $0.00 | $0.00 |
| 27 | M&T Bank | 7100-000 | NA | $163,146.92 | $163,146.92 | $0.00 |
| 29 | 2904 Route 130 Delran NJ, LLC | 7100-000 | NA | $95,125.44 | $95,125.44 | $0.00 |
| 30 | Can Capital Merchant Services, Inc. | 7100-000 | NA | $90,349.18 | $90,349.18 | $0.00 |
| 31 | Synchrony Bank | 7100-000 | NA | $1,000.00 | $1,000.00 | $0.00 |
| 33 | Marie F. Conde | 7100-000 | NA | $3,098,624.64 | $3,098,624.64 | $0.00 |
| 35 | Synchrony Bank | 7100-000 | NA | $200.00 | $200.00 | $0.00 |
| 37 | Broadstone GC Kentucky, LLC | 7100-000 | NA | $150,711.81 | $150,711.81 | $0.00 |
| 38 | Can Capital Merchant Services, Inc. | 7100-000 | NA | $501,319.06 | $501,319.06 | $0.00 |
| 39 | Eric Casaburi | 7100-000 | NA | $237,499.15 | $237,499.15 | $0.00 |
| 41 | Carver Federal Savings Bank | 7100-000 | NA | $167,520.44 | $167,520.44 | $0.00 |
| 42-U | Kentucky Department of Revenue | 7100-000 | NA | $205,650.54 | $205,650.54 | $0.00 |
| 43 | IOU Central, Inc. | 7100-000 | NA | $6,613.00 | $6,613.00 | $0.00 |
| 44 | Taft A. McKinstry, Chapter 11 Trustee For GC London KY, Inc. et al | 7100-000 | NA | $3,038,615.28 | $3,038,615.28 | $0.00 |
| 45 | ARCP GC Nicholasville KY, LLC | 7100-000 | NA | $657,747.41 | $657,747.41 | $0.00 |

| 46 | ARCP GC Nicholasville KY, LLC | 7100-000 | NA | $791,025.73 | $791,025.73 | $0.00 |
|---|---|---|---|---|---|---|
| 47-U | Kentucky Dept. of Revenue | 7200-000 | NA | $204,962.55 | $204,962.55 | $0.00 |
| 49 | American Express Bank FSB | 7200-000 | NA | $5,086.99 | $5,086.99 | $0.00 |
| N/F | 24 Realty, LLC c/o Dante M. Alfieri, Esq. | 7100-000 | $3,447.65 | NA | NA | NA |
| N/F | 2904 Route 130 Delran NJ, LLC | 7100-000 | NA | NA | NA | NA |
| N/F | 2904 Route 130 Delran NJ, LLC c/o Joseph Schramm,III, Esq. | 7100-000 | NA | NA | NA | NA |
| N/F | ARF Financial, LLC c/o Brian M. Born, Esq. | 7100-000 | NA | NA | NA | NA |
| N/F | Allied Capital Management One Corporate Drive | 7100-000 | NA | NA | NA | NA |
| N/F | American Realty Capital Properties, Inc. | 7100-000 | NA | NA | NA | NA |
| N/F | American Realty Capital Properties, Inc. | 7100-000 | NA | NA | NA | NA |
| N/F | BCB Bank | 7100-000 | $500,000.00 | NA | NA | NA |
| N/F | BMW Financial Services | 7100-000 | $11,396.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Barbara Sacco | 7100-000 | $50,000.00 | NA | NA | NA |
| N/F | Brixmor Middletown Plaza Owner, LLC | 7100-000 | $140,000.00 | NA | NA | NA |
| N/F | Broadstone GC Kentucky, LLC c/o Jeremy R. Oliver, Esq. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Can Capital Merchant Services, Inc. f/k/a AdvanceMe, Inc. | 7100-000 | $100,000.00 | NA | NA | NA |
| N/F | Cap Rock Services | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Carver Federal Savings Bank c/o Scott D. Chait, Esq. | 7100-000 | NA | NA | NA | NA |
| N/F | Eric Casuburi | 7100-000 | NA | NA | NA | NA |
| N/F | FTG Holding Corp. | 7100-000 | $350,000.00 | NA | NA | NA |
| N/F | FTG Holding Corp. | 7100-000 | $87,500.00 | NA | NA | NA |
| N/F | Finish Line Capital, Inc. | 7100-000 | NA | NA | NA | NA |
| N/F | Fora Financial Business Loans, LLC | 7100-000 | NA | NA | NA | NA |
| N/F | Fortis Capital, LLC | 7100-000 | $400,000.00 | NA | NA | NA |
| N/F | Frank Seddio | 7100-000 | $157,000.00 | NA | NA | NA |
| N/F | Golden Corral Franchsing Systems, Inc. | 7100-000 | NA | NA | NA | NA |
| N/F | Golden Resources, LLC | 7100-000 | $1,120,000.00 | NA | NA | NA |
| N/F | Henry Altschuler | 7100-000 | $100,000.00 | NA | NA | NA |
| N/F | Holmdel Commons, LLC c/o Michael J. Fekete, Esq. | 7100-000 | NA | NA | NA | NA |
| N/F | Hyundai Capital America | 7100-000 | $4,144.00 | NA | NA | NA |
| N/F | Hyundai Capital America | 7100-000 | $2,409.00 | NA | NA | NA |
| N/F | Hyundai Capital America | 7100-000 | $2,295.00 | NA | NA | NA |
| N/F | IOU Central, Inc. c/o Jeff Joyce, Esq. | 7100-000 | $6,800.00 | NA | NA | NA |
| N/F | Jai Santoshi Realty, LLC | 7100-000 | $1,500,000.00 | NA | NA | NA |
| N/F | James and Victoria Wilson c/o Keith Casella, Esq. | 7100-000 | $50,000.00 | NA | NA | NA |
| N/F | Joe Vasile | 7100-000 | $100,000.00 | NA | NA | NA |

| N/F | John T. Bazzuro, Esq. Law Offices of John T. Bazzuro, LLC | 7100-000 | $10,000.00 | NA | NA | NA |
|-----|------|------|------|------|------|------|
| N/F | Joyce Seddio | 7100-000 | $175,000.00 | NA | NA | NA |
| N/F | Leon and Rita Altschuler | 7100-000 | $600,000.00 | NA | NA | NA |
| N/F | Let's Yo, LLC | 7100-000 | NA | NA | NA | NA |
| N/F | Let's Yo, LLC c/o Justin M. Klein, Esq. | 7100-000 | NA | NA | NA | NA |
| N/F | M&T Bank One Fountain Plaza | 7100-000 | $15,816.00 | NA | NA | NA |
| N/F | M&T Bank c/o Richard J. Biryla, Esq. | 7100-000 | $162,745.63 | NA | NA | NA |
| N/F | Marie Conde | 7100-000 | $1,500,000.00 | NA | NA | NA |
| N/F | Mark Altschuler | 7100-000 | $100,000.00 | NA | NA | NA |
| N/F | MaryAnn Camhi | 7100-000 | $50,000.00 | NA | NA | NA |
| N/F | Mercedes Benz Financial Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mercedes-Benz Financial Services | 7100-000 | $9,497.00 | NA | NA | NA |
| N/F | Michael Cannizzo | 7100-000 | $200,000.00 | NA | NA | NA |
| N/F | Michael Visconti | 7100-000 | $75,000.00 | NA | NA | NA |
| N/F | Pawnee Leasing Corporation c/o Daniel B. Fix, Esq. | 7100-000 | $39,878.69 | NA | NA | NA |
| N/F | Phoebe Layne | 7100-000 | $230,000.00 | NA | NA | NA |
| N/F | Povfen Partners | 7100-000 | $300,000.00 | NA | NA | NA |
| N/F | Route 73 Realty, LLC c/o Thomas J. Hagner, Esq. | 7100-000 | NA | NA | NA | NA |
| N/F | Santander Bank | 7100-000 | NA | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Santander Bank c/o Janet B. Romano, Esq. | 7100-000 | NA | NA | NA | NA |
| N/F | Shore Mall Associates, L.P. c/o Cedar Shopping Centers | 7100-000 | NA | NA | NA | NA |
| N/F | The Bank of Princeton | 7100-000 | NA | NA | NA | NA |
| N/F | The Bank of Princeton c/o Ryan L. DiClemente, Esq. | 7100-000 | $2,700,000.00 | NA | NA | NA |
| N/F | Timepayment Corp. | 7100-000 | $2,374.00 | NA | NA | NA |
| N/F | US Small Business Administration c/o ConServe | 7100-000 | NA | NA | NA | NA |
| N/F | Vested Business Brokers, Ltd. c/o Svetlana Minevich, Esq. | 7100-000 | $50,077.33 | NA | NA | NA |
| N/F | Yellowstone Capital c/o Vadim Serebro, Esq. | 7100-000 | NA | NA | NA | NA |
| N/F | Yellowstone Capital, LLC | 7100-000 | $100,375.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$11,005,755.30** | **$13,370,319.68** | **$13,104,479.70** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 15-23509-CMG

**Case Name:** BARTHOLOMEW, DEXTER C.
BARTHOLOMEW, DJENANE

**For Period Ending:** 12/04/2018

**Trustee Name:** (500730) John M. McDonnell

**Date Filed (f) or Converted (c):** 01/20/2016 (c)

**§ 341(a) Meeting Date:** 02/17/2016

**Claims Bar Date:** 05/17/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY<br><br>* Primary residence located at 23 Dora Lane, Holmdel, NJ<br>* Notice of Proposed Abandonment was filed on 2/24/16. (See Docket No. 167).<br>* Certification of No Objection was filed on 3/30/16. (See Docket No. 179). | Unknown | 0.00 | OA | 0.00 | FA |
| 2 | CASH ON HAND | 5,000.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS<br><br>* Checking account ending in 571 TD Bank<br>* Motion to Turnover was filed on 9/26/16. (See Docket No. 210).<br>* Order compelling turnover was filed on 10/19/16. (See Docket No. 213).<br>* TD Bank advised that the DIP account was converted to an individual account for the debtor.  The amount would be an allowable exempt amount if the debtor opted to amend and exempt the asset. | 971.54 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHING | 15,000.00 | 7,500.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 7,000.00 | 0.00 | | 0.00 | FA |
| 7 | FURS AND JEWELRY<br><br>* Wedding band; watch | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 8 | FURS AND JEWELRY<br><br>* Wedding rings | 10,000.00 | 0.00 | | 0.00 | FA |
| 9 | INTERESTS IN INSURANCE POLICIES<br><br>* Various term life insurance policies | 0.00 | 0.00 | | 0.00 | FA |
| 10 | INTERESTS IN INSURANCE POLICIES<br><br>* Metro Life Insurance Company<br>* Whole life policy ending in 7233A | 23,654.00 | 0.00 | | 0.00 | FA |
| 11 | INTERESTS IN INSURANCE POLICIES<br><br>* Metro Life Insurance Company<br>* Whole life policy ending in 8263A | 54,396.00 | 0.00 | | 0.00 | FA |
| 12 | INTERESTS IN INSURANCE POLICIES<br><br>* Metro Life Insurance Company<br>* Whole life policy ending in 4457A | 5,662.00 | 724.00 | | 0.00 | FA |
| 13 | INTERESTS IN INSURANCE POLICIES<br><br>* Midland National Life Insurance Company<br>* Whole life policy ending in 1911 | 5,528.00 | 0.00 | | 0.00 | FA |
| 14 | INTERESTS IN INSURANCE POLICIES<br><br>* Midland National Life Insurance Company<br>* Whole life policy ending in 1786 | 3,735.00 | 0.00 | | 0.00 | FA |
| 15 | INTERESTS IN AN EDUCATION IRA<br><br>* State Farm College Savings Plan<br>* $13,961.29 - not property of the estate | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 15-23509-CMG

**Case Name:** BARTHOLOMEW, DEXTER C.
BARTHOLOMEW, DJENANE

**For Period Ending:** 12/04/2018

**Trustee Name:** (500730) John M. McDonnell

**Date Filed (f) or Converted (c):** 01/20/2016 (c)

**§ 341(a) Meeting Date:** 02/17/2016

**Claims Bar Date:** 05/17/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | INTERESTS in IRA<br>* 401k Plan | 56,000.00 | 0.00 | | 0.00 | FA |
| 17 | INTERESTS IN IRA<br>* Lincoln Financial Group<br>* 401k Plan | 15,225.31 | 0.00 | | 0.00 | FA |
| 18 | INTERESTS IN IRA<br>* Fidelity Investments Retirement Savings Plan | 2,921.82 | 0.00 | | 0.00 | FA |
| 19 | STOCK AND BUSINESS INTERESTS<br>* Bartholomew Enterprises Inc. (100% ownership interest). | Unknown | 0.00 | | 0.00 | FA |
| 20 | STOCK AND BUSINESS INTERESTS<br>* GC Egg Harbor NJ, Inc., d/b/a Golden Corral (85% ownership interest).<br>* Company filed a Chapter 11 bankruptcy petition in the Eastern District of Kentucky on 4/10/15 (Case No. 15-50710). | Unknown | 0.00 | | 0.00 | FA |
| 21 | STOCK AND BUSINESS INTERESTS<br>* B&C Yo Colts Neck NJ, Inc., d/b/a Let's Yo Yogurt Shop<br>* (50% ownership interest). | Unknown | 0.00 | | 0.00 | FA |
| 22 | STOCK AND BUSINESS INTERESTS<br>* B&C Yo Brick NJ, Inc., d/b/a Let's Yo Yogurt Shop<br>* (50% ownership interest). | Unknown | 0.00 | | 0.00 | FA |
| 23 | STOCK AND BUSINESS INTERESTS<br>* B&C Yo Barclays, NY, Inc., d/b/a Let's Yo Yogurt Shop<br>* (100% ownership interest). | Unknown | 0.00 | | 0.00 | FA |
| 24 | STOCK AND BUSINESS INTERESTS<br>* GC Georgetown, KY, Inc., d/b/a Golden Corral (85% ownership interest).<br>* Company filed a Chapter 11 bankruptcy petition in the Eastern District of Kentucky on 4/10/15 (Case No. 15-50707). | Unknown | 0.00 | | 0.00 | FA |
| 25 | STOCK AND BUSINESS INTERESTS<br>* GC Nicholasville, KY, Inc., d/b/a Golden Corral (85% ownership interest).<br>* Company filed a Chapter 11 bankruptcy petition in the Eastern District of Kentucky on 4/10/15 (Case No. 15-50708). | Unknown | 0.00 | | 0.00 | FA |
| 26 | STOCK AND BUSINESS INTERESTS<br>* GC London, KY, Inc., d/b/a Golden Corral (85% ownership interest).<br>* Company filed a Chapter 11 bankruptcy petition in the Eastern District of Kentucky on 4/10/15 (Case No. 15-60466). | Unknown | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

Exhibit 8

Page: 3

## Asset Cases

**Case No.:** 15-23509-CMG

**Case Name:** BARTHOLOMEW, DEXTER C.
BARTHOLOMEW, DJENANE

**For Period Ending:** 12/04/2018

**Trustee Name:** (500730) John M. McDonnell

**Date Filed (f) or Converted (c):** 01/20/2016 (c)

**§ 341(a) Meeting Date:** 02/17/2016

**Claims Bar Date:** 05/17/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | STOCK AND BUSINESS INTERESTS<br><br>* GC Somerset, KY, Inc., d/b/a Golden Corral (85% ownership interest).<br>* Company filed a Chapter 11 bankruptcy petition in the Eastern District of Kentucky on 4/10/15 (Case No. 15-60466). | Unknown | 0.00 | | 0.00 | FA |
| 28 | STOCK AND BUSINESS INTERESTS<br><br>* GC Lexington, KY, Inc., d/b/a Golden Corral (85% ownership interest).<br>* Company filed a Chapter 11 bankruptcy petition in the Eastern District of Kentucky on 4/10/15 (Case No. 15-50709). | Unknown | 0.00 | | 0.00 | FA |
| 29 | STOCK AND BUSINESS INTERESTS<br><br>* GC Delran, NJ, Inc., d/b/a Golden Corral (85% ownership interest).<br>* Company filed a Chapter 11 bankruptcy petition in the Eastern District of Kentucky on 4/10/15 (Case No. 15-50711). | Unknown | 0.00 | | 0.00 | FA |
| 30 | STOCK AND BUSINESS INTERESTS<br><br>* DB London KY Reality, LLC<br>* 100% ownership interest. | Unknown | 0.00 | | 0.00 | FA |
| 31 | STOCK AND BUSINESS INTERESTS<br><br>* DB Somerset KY Reality, LLC<br>* 100% ownership interest. | Unknown | 0.00 | | 0.00 | FA |
| 32 | STOCK AND BUSINESS INTERESTS<br><br>* United Parcel Service Class A Common Stock | 31,347.12 | 0.00 | | 0.00 | FA |
| 33 | STOCK AND BUSINESS INTERESTS<br><br>* DB Dining Restaurant Group, LLC<br>* 100% ownership interest. | Unknown | 0.00 | | 0.00 | FA |
| 34 | ACCOUNTS RECEIVABLE<br><br>* Balance of purchase price due form Monopoly Holdings and Hill Browne, 625 Main Street, Suite 642, New York, NY 10044.  Purchaser filed a Chapter 7 proceeding and failed to pay full purchase price. | 0.00 | 0.00 | | 0.00 | FA |
| 35 | OTHER LIQUIDATED DEBTS<br><br>* Prepaid retainer being held by Wyatt, Tarant & Combs, LLP, 500 West Jefferson Street, Suite 2800, Louisville, KY 40202-2898 | 2,273.43 | 2,273.43 | | 0.00 | FA |
| 36 | OTHER CONTIGENT AND UNLIQUIDATED CLAIMS<br><br>* Potential predatory lending claims against merchant cash advance lenders | Unknown | 0.00 | | 0.00 | FA |
| 37 | OTHER CONTIGENT AND UNLIQUIDATED CLAIMS<br><br>* Potential claims against Golden Resources, LLC | Unknown | 0.00 | | 0.00 | FA |
| 38 | OTHER CONTIGENT AND UNLIQUIDATED CLAIMS<br><br>* Potential claims against Bank of America for excessive fees. | Unknown | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  4

**Case No.:**  15-23509-CMG

**Case Name:**  BARTHOLOMEW, DEXTER C.
BARTHOLOMEW, DJENANE

**For Period Ending:**  12/04/2018

**Trustee Name:**  (500730) John M. McDonnell

**Date Filed (f) or Converted (c):**  01/20/2016 (c)

**§ 341(a) Meeting Date:**  02/17/2016

**Claims Bar Date:**  05/17/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 39 | OTHER CONTIGENT AND UNLIQUIDATED CLAIMS<br>* Arbitration claims against Let's Yo franchisor. | Unknown | 0.00 | | 0.00 | FA |
| 40 | PATENTS, COPYRIGHTS, and OTHER INTELLECTUAL PROPERTY<br>* Frutango (trademark application pending). | 0.00 | 0.00 | | 0.00 | FA |
| 41 | PATENTS, COPYRIGHTS, and OTHER INTELLECTUAL PROPERTY<br>* On Site Life Care (home care agency license application pending). | 0.00 | 0.00 | | 0.00 | FA |
| 42 | AUTOMOBILES AND OTHER VEHICLES<br>* 2013 Land Rover - Range Rover (25,000 miles). | 69,000.00 | 0.00 | | 0.00 | FA |
| 43 | LICENSES, FRANCHISES AND OTHER INTANGIBLES (u)<br>* Franchise agreement between Phenix Salon Suites Franchising, LLC and Bartholomew Enterprises, Inc.<br>* Asset added in Amended Schedule "B" filed on 8/24/15. (See Docket No. 33). | Unknown | 0.00 | | 0.00 | FA |
| 44 | LICENSES, FRANCHISES AND OTHER INTANGIBLES (u)<br>* Franchise Agreement between Phenix Salon Suites Franchising, LLC and Bartholomew Enterprises, Inc.<br>* Amended Schedule "B" was filed on 8/24/15 adding this asset. (See Docket No. 33). | Unknown | 0.00 | | 0.00 | FA |
| 45 | FRAUDULENT TRANSFER (Adv. Proc. No. 17-01354) (u)<br>* McDonnell v. Astoria Bank<br>* Adversary proceeding was filed on 5/26/17. (See Adv. Proc. No. 17-01354 or Main Case Docket No. 220).<br>* Answer to Complaint was filed on 7/18/17. (See Adv. Proc. No. 17-01354 at Docket No. 6).<br>* Stipulation of Dismissal was filed on 8/11/17. (See Docket No. 9).<br>* Adversary Case Closed on 8/17/17. | 11,000.00 | 11,000.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 5

**Case No.:** 15-23509-CMG

**Case Name:** BARTHOLOMEW, DEXTER C.
BARTHOLOMEW, DJENANE

**For Period Ending:** 12/04/2018

**Trustee Name:** (500730) John M. McDonnell

**Date Filed (f) or Converted (c):** 01/20/2016 (c)

**§ 341(a) Meeting Date:** 02/17/2016

**Claims Bar Date:** 05/17/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 46 | OBJECTION TO DISCHARGE AND TURNOVER LITIGATION (Adv Proc No. 16-01783) (u)<br>* Adversary complaint objecting to discharge was filed on 10/17/16. (See Adv. Proc. No. 16-01783).<br>* McDonnell v. Bartholomew.<br>* Summons was issues on 10/18/16. ( See Adv. Proc. Docket No. 2).<br>* Mediation Order was filed on 2/16/17. (See Adv. Proc. Docket No. 8).<br>* Mediator's Acceptance of Appointment was filed on 2/22/17. (See Adv. Proc. Docket No. 11).<br>* A Mediation hearing was held May 19, 2017. The matter settled for the sum of $50,000. Receipt of settlement funds pending.<br>* Notice of Proposed Settlement was filed on 6/23/17. (See Main Case Docket No. 224 and/or Adv. Proc. Case No. 16-01783 at Docket No. 15).<br>* Mediation Report was filed on 7/6/17. (See Adv. Proc. Case No. 16-01783 at Docket No. 17).<br>* Stipulation and Consent Order was filed on 7/28/17. (See Docket No. 18).<br>* Adversary Case closed on 7/31/17.<br>* Certification of No Objection was filed on 8/1/17. (See Main Case Docket No. 228).<br>* Motion to Compel Turnover was filed on 9/6/17. (See Main Case Docket No. 231).<br>* Order Granting Turnover was filed on 10/4/17. (See Main Case Docket No. 233).<br>* Revocation of Discharge was filed on 11/20/17. (See Adv. Proc. No. 17-01726 and/or Main Case Docket No. 235).<br>* Notice of Proposed Settlement was filed on 8/1/18. (See Docket No. 244).<br>* Certification of No Objection was filed on 8/29/18. (See Docket No. 252). | 50,000.00 | 50,000.00 | | 42,500.00 | FA |
| **46** | **Assets Totals (Excluding unknown values)** | **$375,714.22** | **$78,497.43** | | **$42,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

* Trustee submitted the Trustee's Distribution Report ("TDR") to the Unites States Trustee's Office for review and approval.

**Initial Projected Date Of Final Report (TFR):** 01/20/2017

**Current Projected Date Of Final Report (TFR):** 08/23/2018 (Actual)

Exhibit 9
Page:  1

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 15-23509-CMG |
| **Case Name:** | BARTHOLOMEW, DEXTER C.<br>BARTHOLOMEW, DJENANE |
| **Taxpayer ID #:** | **-***4944 |
| **For Period Ending:** | 12/04/2018 |

| | |
|---|---|
| **Trustee Name:** | John M. McDonnell (500730) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0400 Checking |
| **Blanket Bond (per case limit):** | $36,589,161.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans.<br>Date | Check or<br>Ref. # | Paid To / Received From | Description of Transaction | Uniform<br>Tran. Code | Deposit<br>$ | Disbursement<br>$ | Account Balance |
| 10/19/17 | {46} | Dexter C Bartholomew | * Partial Settlement payment. (See Form 1, Asset No. 46). | 1249-000 | 10,000.00 | | 10,000.00 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 9,990.00 |
| 11/07/17 | {46} | Frank R Seddio | * Partial settlement payment. (See Form 1, Asset No. 46). | 1249-000 | 5,000.00 | | 14,990.00 |
| 11/21/17 | 101 | United States Bankruptcy Court Clerk | * McDonnell v. Bartholomew<br>* Adv. Proc. No. 17-01726<br>* Filing fee<br>* Objection/revocation of disharge | 2700-000 | | 350.00 | 14,640.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.54 | 14,620.46 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.32 | 14,600.14 |
| 01/05/18 | 102 | International Sureties, LLTD | Bond No. 016026385 | 2300-000 | | 5.95 | 14,594.19 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.09 | 14,571.10 |
| 02/09/18 | {46} | Collins Vella & Cassello, LLC | Partial Payment re: Adv. Pro. No. 16-1783 | 1249-000 | 10,000.00 | | 24,571.10 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.23 | 24,543.87 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.30 | 24,508.57 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.07 | 24,474.50 |
| 05/31/18 | {46} | Collins Vella & Casello, LLC | * Partial settlement proceeds. (See Form 1, Asset No. 46). | 1249-000 | 5,000.00 | | 29,474.50 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.72 | 29,435.78 |
| 06/05/18 | 103 | United States Bankruptcy Court Clerk | * Court filing fee<br>* Adv. Proc. No. 17-01354 CMG<br>* McDonnell v. Astoria Bank | 2700-000 | | 350.00 | 29,085.78 |
| 06/05/18 | 104 | United States Bankruptcy Court Clerk | * Court filing fee<br>* Adv. Proc. No. 16-01783 CMG<br>* McDonnell v. Bartholomew<br>* Revocation of Discharge | 2700-000 | | 350.00 | 28,735.78 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.98 | 28,695.80 |
| 07/26/18 | {46} | Collins Vella & Casello, LLC | * Revised/final settlement payment. (See Form 1, Asset No. 46). | 1249-000 | 12,500.00 | | 41,195.80 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 46.42 | 41,149.38 |
| 11/07/18 | 105 | McDonnell Crowley, LLC | Distribution payment - Dividend paid at 100.00% of $17,248.13; | 3110-000 | | 17,248.13 | 23,901.25 |
| | | | **Page Subtotals:** | | **$42,500.00** | **$18,598.75** | |

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-23509-CMG | |
| **Case Name:** | BARTHOLOMEW, DEXTER C. BARTHOLOMEW, DJENANE | |
| **Taxpayer ID #:** | **-***4944 | |
| **For Period Ending:** | 12/04/2018 | |

| | |
|---|---|
| **Trustee Name:** | John M. McDonnell (500730) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0400 Checking |
| **Blanket Bond (per case limit):** | $36,589,161.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claim # Adm-1; Filed: $41,422.25 | | | | |
| 11/07/18 | 106 | McDonnell Crowley, LLC | Distribution payment - Dividend paid at 100.00% of $785.23; Claim # Adm-2; Filed: $785.23 | 3120-000 | | 785.23 | 23,116.02 |
| 11/07/18 | 107 | Bederson and Company | Combined payments for claim number Adm-3, Adm-4 | | | 14,185.62 | 8,930.40 |
| | | | Claims Distribution - Thu, 09-06-2018                               $14,034.15 | 3410-000 | | | 8,930.40 |
| | | | Claims Distribution - Thu, 09-06-2018                               $151.47 | 3420-000 | | | 8,930.40 |
| 11/07/18 | 108 | Midland National Life Insurance Company | Distribution payment - Dividend paid at 100.00% of $374.90; Claim # Adm-7; Filed: $374.90 | 2420-000 | | 374.90 | 8,555.50 |
| 11/07/18 | 109 | Peter Broege | Distribution payment - Dividend paid at 100.00% of $857.50; Claim # Admin-12; Filed: $857.50 | 3721-000 | | 857.50 | 7,698.00 |
| 11/07/18 | 110 | John M. McDonnell | Combined trustee compensation & expense dividend payments. | | | 5,098.00 | 2,600.00 |
| | | | Claims Distribution - Thu, 09-06-2018                               $5,000.00 | 2100-000 | | | 2,600.00 |
| | | | Claims Distribution - Thu, 09-06-2018                               $98.00 | 2200-000 | | | 2,600.00 |
| 11/07/18 | 111 | United States Trustee | Distribution payment - Dividend paid at 100.00% of $2,600.00; Claim # 48; Filed: $2,600.00 | 2950-000 | | 2,600.00 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **42,500.00** | **42,500.00** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | **0.00** | |
| **Subtotal** | **42,500.00** | **42,500.00** | |
| Less: Payments to Debtors | | **0.00** | |
| **NET Receipts / Disbursements** | **$42,500.00** | **$42,500.00** | |

{} Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)          ! - transaction has not been cleared

## Form 2

Exhibit 9

Page:  3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-23509-CMG | **Trustee Name:** | John M. McDonnell (500730) |
| **Case Name:** | BARTHOLOMEW, DEXTER C. BARTHOLOMEW, DJENANE | **Bank Name:** | Rabobank, N.A. |
| | | **Account #:** | ******0400 Checking |
| **Taxpayer ID #:** | **-***4944 | **Blanket Bond (per case limit):** | $36,589,161.00 |
| **For Period Ending:** 12/04/2018 | | **Separate Bond (if applicable):** N/A | |

| | |
|---|---|
| Net Receipts: | $42,500.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $42,500.00 |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| ******0400 Checking | $42,500.00 | $42,500.00 | $0.00 |
| | **$42,500.00** | **$42,500.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)